CHARLES L. DEEM, Bar No. CA-110557
charles.deem@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorney for Defendants
ARMED FORCES BENEFIT ASSOCIATION and
5STAR LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY,<br><br>        Plaintiff,<br><br>v.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, TSG GROUP, INC. AND TED SHUEY,<br><br>        Defendants. | CASE NO. C 07-2745 JL<br><br>**DEFENDANTS ARMED FORCES BENEFIT ASSOCIATION AND 5STAR LIFE INSURANCE COMPANY'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT**<br><br>Date:      August 1, 2007<br>Time:     9:30 a.m.<br>Courtroom: F<br>Judge:    Hon. James Larson |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendants Armed Forces Benefit Association and 5Star Life Insurance Company declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States district Judge.

Dated: June 20, 2007

                                  DLA PIPER US LLP


                              By   /s/ Charles L. Deem
                                 CHARLES L. DEEM
                                 Attorneys for Defendants
                                 ARMED FORCES BENEFIT ASSOCIATION
                                 and 5STAR LIFE INSURANCE COMPANY

DLA PIPER US LLP
SAN DIEGO

SD\1747751.1
332602-3

DEFENDANTS AFBA AND 5STAR'S DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT   CASE NO. C 07-2745