# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY,<br><br>  Plaintiff,<br><br>v.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, TSG GROUP, INC. AND TED SHUEY,<br><br>  Defendants. | CASE NO. C 07-2745 JL<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS ARMED FORCES BENEFIT ASSOCIATION AND 5STAR LIFE INSURANCE COMPANY'S MOTION TO DISMISS<br><br>Date:        August 1, 2007<br>Time:       9:30 a.m.<br>Courtroom: F<br>Judge:      Hon. James Larson |

Defendants Armed Forces Benefits Association and 5Star Life Insurance Company's (collectively "Defendants") Motion to Dismiss Plaintiff Brad Lovesy's ("Lovesy") Complaint for Damages came on regularly for hearing on August 1, 2007, at 9:30 a.m. before the Honorable James Larson in Courtroom F of the above-entitled court. Charles L. Deem of DLA Piper US LLP appeared on behalf of Defendants. Margaret J. Grover of Haight Brown & Bonesteel LLP appeared on behalf of Plaintiff Brad Lovesy. The court having read and considered all papers submitted in the matter, as well as having entertained oral argument, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff Brad Lovesy's Complaint for Damages is granted. By this Order, Lovesy's Complaint shall only be dismissed

/////

1 | with respect to Defendants Armed Forces Benefits Association and 5Star Life Insurance
2 | Company, and no other defendants.
3 | Dated: _____

4
5 |                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE

SD\1747495.2
332602-3

-2-
ORDER GRANTING DEFENDANTS ARMED FORCES BENEFITS ASS'N AND
5STAR LIFE INSURANCE CO.'S MOTION TO DISMISS    CASE NO. C 07-2745