CHARLES L DEEM, Bar No. CA-110557
charles.deem@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendants
ARMED FORCES BENEFIT ASSOCIATION and
5STAR LIFE INSURANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, TSG GROUP, INC. AND TED SHUEY,<br><br>　　　　Defendants. | CASE NO. C 07-2745 JL<br><br>**DEFENDANTS ARMED FORCES BENEFIT ASSOCIATION AND 5STAR LIFE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date:　　August 1, 2007<br>Time:　　9:30 a.m.<br>Courtroom: F<br>Judge:　　Hon. James Larson |

　　　Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 20, 2007

　　　　　　　　　　　　　　　　　　　　DLA PIPER US LLP


　　　　　　　　　　　　　　　　　　　　By　/s/ Charles L. Deem
　　　　　　　　　　　　　　　　　　　　CHARLES L. DEEM
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　ARMED FORCES BENEFIT ASSOCIATION
　　　　　　　　　　　　　　　　　　　　and 5STAR LIFE INSURANCE, LLC

DLA PIPER US LLP
SAN DIEGO

SD\1742526.1
332602-3

-1-
DEFENDANTS ARMED FORCES BENEFITS ASS'N AND 5STAR LIFE INSURANCE
CO.'S CERTIFICATION OF INTERESTED PARTIES　　　　　CASE NO. C 07-2745