**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                 General Court Number
Clerk                                                                                                         415.522.2000

**June 22, 2007**

**CASE NUMBER:  CV 07-02745 JL**
**CASE TITLE:  BRAD LOVESY-v-ARMED FORCES BENEFIT ASSO**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable SAUNDRA BROWN AMRSTRONG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/22/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 06/22/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA