THOMAS W. BARTH, SBN 154075
tbarth@bttlawfirm.com
BARTH TOZER & TIMM LLP
980 9th Street, Suite 2250
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610

Attorneys for Defendants TGS GROUP, INC.
[Erroneously sued herein as
TSG GROUP, INC.] and TED SHUEY

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY,<br><br>Plaintiff,<br><br>v.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, TSG GROUP, INC. AND TED SHUEY,<br><br>Defendants. | Case No. C 07-2745 SBA<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TGS GROUP, INC. TO RESPOND TO COMPLAINT FOR DAMAGES** |

IT IS HEREBY STIPULATED between plaintiff Brad Lovesy and defendant TGS Group, Inc., by and through their respective counsel, that the time for defendant TGS Group, Inc. to respond to plaintiff's complaint shall be extended twenty (20) days, so that defendant's response must be filed on or before July 16, 2007.

Dated: June 26, 2007.    HAIGHT BROWN & BONESTEEL LLP

By _____
    MARGARET J. GROVER
Attorneys for Plaintiff BRAD LOVESY

Dated: June 26, 2007.    BARTH TOZER & TIMM LLP

By _____
    THOMAS W. BARTH
Attorneys for Defendants
TGS GROUP, INC. and TED SHUEY