1  CHARLES L. DEEM, Bar No. CA-110557
   charles.deem@dlapiper.com
2  DLA PIPER US LLP
   401 B Street, Suite 1700
3  San Diego, CA  92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701

5  Attorney for Defendants
   ARMED FORCES BENEFIT ASSOCIATION and
6  5STAR LIFE INSURANCE COMPANY

7

8             UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 BRAD LOVESY,                          CASE NO.  C 07-2745 SBA

12         Plaintiff,                    **DEFENDANTS ARMED FORCES BENEFIT ASSOCIATION AND 5STAR LIFE INSURANCE COMPANY'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF BRAD LOVESY'S COMPLAINT FOR DAMAGES**
    v.
13
   ARMED FORCES BENEFIT
14 ASSOCIATION, 5STAR LIFE
   INSURANCE, LLC, TSG GROUP, INC.
15 AND TED SHUEY,                        Date:      September 11, 2007
                                         Time:      1:00 p.m.
16         Defendants.                   Courtroom: 3
                                         Judge:     Hon. Saundra B. Armstrong
17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
SAN DIEGO

SD\1748337.1
332602-3

DEFENDANTS AFBA AND 5STAR'S AMENDED NOTICE OF MOTION AND
MOTION TO DISMISS
CASE NO. C 07-2745 SBA

## AMENDED NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 11, 2007 at 1:00 p.m., or as soon thereafter as can be heard, in Courtroom 3 of the United States District Court for the Northern District of California, Oakland Division, located at 1301 Clay Street, Suite 400 S, Oakland, California 94612-5212, Defendants Armed Forces Benefit Association ("AFBA") and 5Star Life Insurance Company, erroneously named herein as 5Star Life Insurance, LLC, ("5Star") (sometimes, collectively "Defendants"), and each of them individually, will and hereby do move the Court for an order dismissing Plaintiff Brad Lovesy's ("Lovesy") complaint for damages (the "Complaint") as to each of them.

This motion is made pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) on the grounds that the Complaint fails to state any cause of action upon which relief can be granted. In the Complaint, Lovesy asserts five purported counts against Defendants AFBA and 5Star: (1) breach of contract; (2) breach of the covenant of good faith and fair dealing; (3) fraud; (4) unfair business practices; and (5) accounting. Each of these causes of action, as asserted against AFBA and 5Star individually, must fail for the following reasons.

1. <u>Breach of Contract</u>: Lovesy has failed to identify any provision of the contract that was breached by the alleged actions of AFBA and 5Star.

2. <u>Breach of Covenant of Good Faith and Fair Dealing</u>: There are no facts in the Complaint suggesting that AFBA or 5Star acted in bad faith and in a manner that frustrated the purpose of the contracts between Lovesy and Defendants AFBA and 5Star.

3. <u>Fraud</u>: Lovesy has failed to allege facts sufficient to identify the date, time, and location of, and person responsible for, the alleged misrepresentation. The fraud cause of action must also be dismissed because Lovesy has not alleged that AFBA or 5Star made any misrepresentation or omission. Moreover, the fraud count fails because Lovesy has not asserted with sufficient particularity the damages he sustained as a result of the alleged misrepresentation.

4. <u>Unfair Business Practices</u>: Lovesy has summarily alleged that Defendants AFBA and 5Star engaged in unfair and unlawful practices, but has not identified any particular practice

DLA PIPER US LLP
SAN DIEGO

SD\1748337.1
332602-3

DEFENDANTS AFBA AND 5STAR'S AMENDED NOTICE OF MOTION AND
MOTION TO DISMISS                              CASE NO. C 07-2745 SBA

1  by AFBA or 5Star that was unfair, unlawful or fraudulent. Further, Lovesy seeks compensatory
2  damages, which are impermissible under California's unfair business practices law.
3       5.    Accounting: Lovesy has failed to allege facts essential to state a cause of action
4  for accounting, namely, that AFBA and 5Star had fiduciary obligations to Lovesy or otherwise
5  engaged in misconduct for which Lovesy is owed money.
6       Defendants base this motion on this Notice, the Memorandum of Points and Authorities
7  dated and filed June 29, 2007, the pleadings and records on file with this Court, all matters of
8  which this Court may take judicial notice, and such evidence and argument as may be presented
9  at the hearing on this motion.
10 Dated: June 27, 2007

DLA PIPER US LLP

By   /s/ Charles L. Deem
     CHARLES L. DEEM
     Attorneys for Defendants
     ARMED FORCES BENEFIT ASSOCIATION
     and 5STAR LIFE INSURANCE COMPANY

DLA PIPER US LLP
SAN DIEGO
SD\1748337.1
332602-3
-4-
DEFENDANTS AFBA AND 5STAR'S AMENDED NOTICE OF MOTION AND
MOTION TO DISMISS
CASE NO. C 07-2745 SBA