1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISON

| | |
|---|---|
| BRAD LOVESY, | CASE NO.  C 07-2745 SBA |
| Plaintiff, | **[AMENDED PROPOSED] ORDER GRANTING DEFENDANTS ARMED FORCES BENEFIT ASSOCIATION AND 5STAR LIFE INSURANCE COMPANY'S MOTION TO DISMISS** |
| v. | |
| ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, TSG GROUP, INC. AND TED SHUEY, | Date:        September 11, 2007<br>Time:        1:00 p.m.<br>Courtroom: 3<br>Judge:      Hon. Saundra B. Armstrong |
| Defendants. | |

Defendants Armed Forces Benefits Association and 5Star Life Insurance Company's

(collectively "Defendants") Motion to Dismiss Plaintiff Brad Lovesy's ("Lovesy") Complaint for

Damages came on regularly for hearing on September 11, 2007 at 1:00 p.m. before the Honorable

Saundra B. Armstrong in Courtroom 3 of the above-entitled court.  Charles L. Deem of DLA

Piper US LLP appeared on behalf of Defendants.  Margaret J. Grover of Haight Brown &

Bonesteel LLP appeared on behalf of Plaintiff Brad Lovesy.  The court having read and

considered all papers submitted in the matter, as well as having entertained oral argument, and

good cause appearing therefor:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff Brad Lovesy's

Complaint for Damages is granted.  By this Order, Lovesy's Complaint shall only be dismissed

/////

-1-

1  with respect to Defendants Armed Forces Benefits Association and 5Star Life Insurance

2  Company, and no other defendants.

3  Dated: _____

4

5  _____
   UNITED STATES DISTRICT JUDGE

SD\1747495.3    AMENDED ORDER GRANTING DEFENDANTS AFBA AND 5STAR LIFE
INSURANCE CO.'S MOTION TO DISMISS        CASE NO. C 07-2745 SBA