1  Margaret J. Grover (Bar No. 112701)
   Daniel J. Kelly (Bar No. 145088)
2  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
3  San Francisco, CA 94105-2981
   Telephone: 415.546.7500
4  Facsimile: 415.546.7505

5  Attorneys for Plaintiff BRAD LOVESY

6

7  Michael T. McKeeman (Bar No. 112701)
   SEYFARTH SHAW LLP
8  560 Mission Street, Suite 3100
   San Francisco, Calfiornia 94105-2930
9  Telephone: 415.397.2823
   Facsimile: 415.397.8549
10

   Attorneys for Defendants
11 THE SHUEY AGENCY, INC.,
   TGS GROUP, INC., and TED SHUEY
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 BRAD LOVESY,                        ) Case No. 4:07-cv-02745-SBA
                                       )
17         Plaintiff,                  ) **NOTICE OF NEED FOR ADR**
           vs.                         ) **TELEPHONE CONFERENCE**
18                                     )
   ARMED FORCES BENEFIT                ) Complaint Filed: May 24, 2007
19 ASSOCIATION, 5STAR LIFE             )
   INSURANCE, LLC, THE SHUEY           )
20 AGENCY, INC., TGS GROUP, INC.,      )
   AND TED SHUEY,                      )
21                                     )
           Defendants.                 )
22 _____)

23        The undersigned counsel report that they have met and conferred regarding

24 Alternative Dispute Resolution and that they request an Early Settlement Conference with

25 a Magistrate Judge. As the result of an error in the office of Plaintiff's counsel, counsel for

26 defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC was not

27 included in the meet and confer process. The error will be rectified as soon as all counsel

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3285477.1

1

Case No. 4:07-cv-02745-SBA
NOTICE OF NEED FOR ADR TELEPHONE
CONFERENCE

1  are available to confer and a supplemental Notice of Need for ADR Telephone Conference
2  will be filed.
3       The Case Management Conference is scheduled for September 26, 2007.
4       The following counsel will participate in the ADR Telephone Conference:
5  Margaret J. Grover, Charles L. Deems, and Michael T. McKeeman.

7  Dated: August 15, 2007                    HAIGHT BROWN & BONESTEEL LLP

9                                            By: /s/ Margaret J. Grover
                                              Margaret J. Grover
                                              Attorneys for Plaintiff
                                              BRAD LOVESY

12 Dated: August 15, 2007                    SEYFARTH SHAW LLP

14                                            By: /s/ Michael T. McKeeman
                                              Michael T. McKeeman
                                              Attorneys for Defendants
                                              THE SHUEY AGENCY, INC., TGS
                                              GROUP, INC., and TED SHUEY

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3285477.1

2

Case No. 4:07-cv-02745-SBA
NOTICE OF NEED FOR ADR TELEPHONE
CONFERENCE