```
Margaret J. Grover (Bar No. 112701)
Daniel J. Kelly (Bar No. 145088)
Elizabeth J. Gehlhar (Bar No. 213054)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Plaintiff
BRAD LOVESY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, THE SHUEY AGENCY, INC., TGS GROUP, INC., AND TED SHUEY,<br><br>　　　　　Defendants. | Case No. 4:07-cv-02745-SBA<br><br>**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>**Civil Local Rule 3-16** |

Pursuant to Rule 3-16 of the Local Rules for the United States District Court for the Northern District of California, counsel for Plaintiff Brad Lovesy certifies that, as of this date, counsel is not aware of any person or entity having either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding, other than the named parties.

Dated: August 28, 2007

HAIGHT BROWN & BONESTEEL LLP

By: _____
Elizabeth J. Gehlhar
Attorneys for Plaintiff
BRAD LOVESY

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3289538.1

1

Case No. 4:07-cv-02745-SBA
DISCLOSURE OF NON-PARTY INTERESTED
PERSONS OR ENTITIES