Margaret J. Grover (Bar No. 112701)
Daniel J. Kelly (Bar No. 145088)
Elizabeth J. Gehlhar (Bar No. 213054)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Plaintiff
BRAD LOVESY


Charles L. Deem (Bar No. 110557)
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, California 92101
Telephone: 619.699.2700
Facsimile: 619.699.2701

Attorneys for Defendants
ARMED FORCES BENEFIT
ASSOCIATION and 5STAR
LIFE INSURANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY,<br><br>        Plaintiff,<br><br>vs.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, THE SHUEY AGENCY, INC., TGS GROUP, INC., AND TED SHUEY,<br><br>        Defendants. | Case No. 4:07-cv-02745-SBA<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR INITIAL DISCLOSURES UNDER FRCP 26(a)(1).<br><br>Complaint Filed: May 24, 2007 |

WHEREAS Plaintiff Brad Lovesy and Defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC have appeared by and through their respective attorneys in the above-entitled matter; and

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3289416.1

1

Case No. 4:07-cv-02745-SBA
STIP. AND [PROPOSED] ORDER RESCHEDULING INITIAL
DISCLOSURES UNDER FRCP 26(a)(1)

1. WHEREAS Defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC have filed a Motion to Dismiss Plaintiff Brad Lovesy's Complaint; and

WHEREAS Plaintiff Brad Lovesy has agreed to file a First Amended Complaint in response to the Motion to Dismiss and has requested that all Defendants stipulate to it being filed; and

WHEREAS Plaintiff Brad Lovesy has added The Shuey Agency, Inc. as a defendant in the First Amended Complaint; and

WHEREAS pursuant to the Case Management Scheduling Order for Reassigned Civil Cases dated June 6, 2007, of the Honorable Saundra Brown Armstrong initial disclosures are due on or before August 29, 2007; and

WHEREAS Defendants TSG Group, Inc. and Ted Shuey have asserted that, because they have not yet responded to the initial complaint, they are not properly before the Court and will not be participating in preparing a Joint Case Management Statement or the scheduled initial disclosures; and

WHEREAS Plaintiff Brad Lovesy and Defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC believe that the First Amended Complaint may change the nature and scope of their initial disclosures and believe that initial disclosures of all named parties should be completed simultaneously;

NOW THEREFORE Plaintiff Brad Lovesy and Defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC by and through their respective attorneys agree and stipulate to the following:

1. The date for completion of initial disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1) shall be continued to October 30, 2007.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3289416.1

2

Case No. 4:07-cv-02745-SBA
STIP. AND [PROPOSED] ORDER RESCHEDULING INITIAL DISCLOSURES UNDER FRCP 26(a)(1)

| | |
|---|---|
| Dated: August 28, 2007 | HAIGHT BROWN & BONESTEEL LLP<br><br>By: _____<br>Margaret J. Grover<br>Elizabeth J. Gehlhar<br>Attorneys for Plaintiff<br>BRAD LOVESY |
| Dated: August 28, 2007 | DLA PIPER US LLP<br><br>By: _____<br>Charles L. Deem<br>Attorneys for Defendants<br>ARMED FORCES BENEFIT ASSOCIATION and 5STAR LIFE INSURANCE LLC |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Orange County

BL23-000001
3289416.1

3

Case No. 4:07-cv-02745-SBA
STIP. AND [PROPOSED] ORDER RESCHEDULING INITIAL DISCLOSURES UNDER FRCP 26(a)(1)

1  Pursuant to Stipulation of the parties to the above-captioned matter, the Case
2  Management Scheduling Order For Reassigned Civil Cases dated June 29, 2007, shall be
3  amended to change the deadline for the Initial Disclosures pursuant to Federal Rules of
4  Civil Procedure 26(a)(1) from August 29, 2007 to October 30, 2007.
5
6  IT IS SO ORDERED.
7
8
   Dated: August ____, 2007
9                                                    _____
                                                     Hon. Saundra Brown Armstrong
10                                                   Judge, United States District Court
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3289416.1

4

Case No. 4:07-cv-02745-SBA
STIP. AND [PROPOSED] ORDER RESCHEDULING INITIAL
DISCLOSURES UNDER FRCP 26(a)(1)