```
 1  Margaret J. Grover (Bar No. 112701)
    Daniel J. Kelly (Bar No. 145088)
 2  Elizabeth J. Gehlhar (Bar No. 213054)
    HAIGHT BROWN & BONESTEEL LLP
 3  71 Stevenson Street, 20th Floor
    San Francisco, CA 94105-2981
 4  Telephone: 415.546.7500
    Facsimile: 415.546.7505
 5
    Attorneys for Plaintiff BRAD LOVESY
 6
    Michael T. McKeeman (Bar No. 112701)
 7  SEYFARTH SHAW LLP
    560 Mission Street, Suite 3100
 8  San Francisco, California 94105-2930
    Telephone: 415.397.2823
 9  Facsimile: 415.397.8549

10  Attorneys for Defendants
    TGS GROUP, INC., and TED SHUEY
11
    Charles L. Deem (Bar No. 110557)
12  DLA Piper Rudnick Gray Cary US LLP
    401 B Street, Suite 1700
13  San Diego, California 92101
    Telephone: 619.699.2700
14  Facsimile: 619.699.2701

15  Attorneys for Defendants
    ARMED FORCES BENEFIT
16  ASSOCIATION and 5STAR
    LIFE INSURANCE, LLC
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY,<br><br>        Plaintiff,<br><br>vs.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, THE SHUEY AGENCY, INC., TGS GROUP, INC., AND TED SHUEY,<br><br>        Defendants. | Case No. 4:07-cv-02745-SBA<br><br>**SUPPLEMENTAL NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE**<br><br>Complaint Filed: May 24, 2007 |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000801
3203402.1                                          1

Case No. 4:07-cv-02745-SBA
SUPPLEMENTAL NOTICE OF NEED FOR ADR
TELEPHONE CONFERENCE

1  The undersigned counsel report that they have met and conferred regarding
2  Alternative Dispute Resolution and that they request an Early Settlement Conference with
3  a Magistrate Judge.
4  The Case Management Conference is scheduled for September 26, 2007.
5  The following counsel will participate in the ADR Telephone Conference:
6  Margaret J. Grover, Charles L. Deems, and Michael T. McKeeman.

8  Dated: August 28, 2007                     HAIGHT BROWN & BONESTEEL LLP

                                              By: _____
                                              Margaret J. Grover
                                              Elizabeth J. Gehlbar
                                              Attorneys for Plaintiff
                                              BRAD LOVESY

14 Dated: August 28, 2007                     SEYFARTH SHAW LLP

                                              By: _____
                                              Michael T. McKeeman
                                              Attorneys for Defendants
                                              TGS GROUP, INC., and TED SHUEY

19 Dated: August 28, 2007                     DLA PIPER RUDNICK GRAY CARY US LLP

                                              By: _____
                                              Charles L. Deem
                                              Attorneys for Defendants
                                              ARMED FORCES BENEFIT
                                              ASSOCIATION, 5STAR LIFE
                                              INSURANCE, LLC

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000091
3353415.1

2

Case No. 4:07-cv-02745-SBA
SUPPLEMENTAL NOTICE OF NEED FOR ADR
TELEPHONE CONFERENCE