Margaret J. Grover (Bar No. 112701)
Daniel J. Kelly (Bar No. 145088)
Elizabeth J. Gehlhar (Bar No. 213054)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Plaintiff
BRAD LOVESY

Charles L. Deem (Bar No. 110557)
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, California 92101
Telephone: 619.699.2700
Facsimile: 619.699.2701

Attorneys for Defendants
ARMED FORCES BENEFIT
ASSOCIATION and 5STAR
LIFE INSURANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY,<br><br>Plaintiff,<br><br>vs.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, THE SHUEY AGENCY, INC., TGS GROUP, INC., AND TED SHUEY,<br><br>Defendants. | Case No. 4:07-cv-02745-SBA<br><br>JOINT REQUEST FOR ADDITIONAL TIME TO FILE AND [PROPOSED] ORDER<br><br>Hearing Type: Initial Case Management Conference<br>Date: September 26, 2007<br>Time: 2:45 p.m.<br><br>Complaint Filed: May 24, 2007 |

WHEREAS counsel for Plaintiff Brad Lovesy and counsel for Defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC have met and conferred regarding the matters to be included in the Initial Case Management Conference; and

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3289907.1

1

Case No. 4:07-cv-02745-SBA
JOINT REQUEST FOR ADDITIONAL TIME TO
FILE AND [PROPOSED] ORDER

1  WHEREAS counsel for Defendants TSG Group, Inc. and Ted Shuey has asserted that, because these defendants have not yet responded to the initial complaint, they are not properly before the Court and will not be participating in preparing a Joint Case Management Statement or the scheduled initial disclosures; and

WHEREAS Plaintiff Brad Lovesy, Defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC, and their respective counsel continue to engage in good faith discussions to refine the issues presented to the Court and to agree upon a proposed schedule; and

WHEREAS the schedules of the parties and their respective counsel have caused delays in their ability to engage in good faith discussions; and

WHEREAS the Case Management Conference is set for September 26, 2007;

NOW THEREFORE Plaintiff Brad Lovesy and Defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC by and through their respective attorneys of record jointly request that the Court change the date for filing of the Joint Case Management Statement, requiring it to be filed no later than September 10, 2007.

Dated: August 29, 2007

HAIGHT BROWN & BONESTEEL LLP

By: _____
Margaret J. Grover
Elizabeth J. Gehlhar
Attorneys for Plaintiff
BRAD LOVESY

Dated: August 29, 2007

DLA PIPER US LLP

By: _____ for
Charles L. Deem
Attorneys for Defendants
ARMED FORCES BENEFIT ASSOCIATION and 5STAR LIFE INSURANCE LLC

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3289907.1

2

Case No. 4:07-cv-02745-SBA
JOINT REQUEST FOR ADDITIONAL TIME TO FILE AND [PROPOSED] ORDER

1  IT IS SO ORDERED.

2

3  Dated: August _____, 2007

4                                              _____
                                               Hon. Saundra Brown Armstrong
                                               Judge of the United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3289907.1

3

Case No. 4:07-cv-02745-SBA
JOINT REQUEST FOR ADDITIONAL TIME TO
FILE AND [PROPOSED] ORDER