```
 1 | Margaret J. Grover (Bar No. 112701)
   | Daniel J. Kelly (Bar No. 145088)
 2 | Elizabeth J. Gehlhar (Bar No. 213054)
   | HAIGHT BROWN & BONESTEEL LLP
 3 | 71 Stevenson Street, 20th Floor
   | San Francisco, California 94105-2981
 4 | Telephone: 415.546.7500
   | Facsimile: 415.546.7505
 5 |
   | Attorneys for Plaintiff
 6 | BRAD LOVESY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAD LOVESY,

    Plaintiff,

vs.

ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, THE SHUEY AGENCY, INC., TGS GROUP, INC., AND TED SHUEY,

    Defendants.

Case No. 4:07-cv-02745-SBA

**STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

Complaint Filed: May 24, 2007

Plaintiff Brad Lovesy and Defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC, The Shuey Agency, Inc. TGS Group, Inc. and Ted Shuey by and through their respective attorneys agree and stipulate to the following:

    1.    Plaintiff Brad Lovesy shall be permitted to file a First Amended Complaint in the above-entitled action in the form attached as Exhibit A to this Stipulation and [Proposed] Order.

    2.    Defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC will, and hereby do, withdraw their Motion to Dismiss Plaintiff Brad Lovesy's Complaint for Damages.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Orange County

BL23-0000001
3287406.1

1

Case No. 4:07-cv-02745-SBA
STIPULATION AND [PROPOSED] ORDER
PERMITTING FIRST AMENDED COMPLAINT

3. The First Amended Complaint shall be accepted for filing and shall be deemed filed upon entry of this Stipulation as an Order.

Dated: August 24, 2007

HAIGHT BROWN & BONESTEEL LLP

By: /s/ Margaret J. Grover
Margaret J. Grover
Attorneys for Plaintiff
BRAD LOVESY

Dated: August ___, 2007

SEYFARTH SHAW LLP

By: _____
Michael T. McKeeman
Attorneys for Defendants
THE SHUEY AGENCY, INC., TGS GROUP, INC., and TED SHUEY

Dated: ~~August 7~~ September, 2007

DLA PIPER US LLP

By: /s/ Brooke Killian for
Charles L. Deem
Attorneys for Defendants
ARMED FORCES BENEFIT ASSOCIATION and 5STAR LIFE INSURANCE LLC

Pursuant to Stipulation of the parties to the above-captioned matter, the First Amended Complaint of Brad Lovesy attached as Exhibit A to this Order shall be accepted for filing and shall be deemed filed as of today's date.

IT IS SO ORDERED.

Dated: August ___, 2007

_____
Hon. Saundra Brown Armstrong
Judge, United States District Court

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Orange County

BL23-0000001
3287406.1

2

Case No. 4:07-cv-02745-SBA
STIPULATION AND [PROPOSED] ORDER PERMITTING FIRST AMENDED COMPLAINT

3. The First Amended Complaint shall be accepted for filing and shall be deemed filed upon entry of this Stipulation as an Order.

Dated: August 24, 2007        HAIGHT BROWN & BONESTEEL LLP

                              By: /s/ Margaret J. Grover
                              Margaret J. Grover
                              Attorneys for Plaintiff
                              BRAD LOVESY

Dated: August 29, 2007        SEYFARTH SHAW LLP

                              By: /s/ Michael T. McKeeman
                              Michael T. McKeeman
                              Attorneys for Defendants
                              THE SHUEY AGENCY, INC., TGS
                              GROUP, INC., and TED SHUEY

Dated: August ___, 2007       DLA PIPER US LLP

                              By: _____
                              Charles L. Deem
                              Attorneys for Defendants
                              ARMED FORCES BENEFIT
                              ASSOCIATION and 5STAR LIFE
                              INSURANCE LLC

Pursuant to Stipulation of the parties to the above-captioned matter, the First Amended Complaint of Brad Lovesy attached as Exhibit A to this Order shall be accepted for filing and shall be deemed filed as of today's date.

IT IS SO ORDERED.

Dated: August ___, 2007       _____
                              Hon. Saundra Brown Armstrong
                              Judge, United States District Court

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3287406.1

2

Case No. 4:07-cv-02745-SBA
STIPULATION AND [PROPOSED] ORDER
PERMITTING FIRST AMENDED COMPLAINT