1  CHARLES L. DEEM, Bar No. CA-110557
   charles.deem@dlapiper.com
2  BROOKE L. KILLIAN, Bar No. CA-239295
   brooke.killian@dlapiper.com
3  DLA PIPER US LLP
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel:  619.699.2700
5  Fax:  619.699.2701

6  Attorney for Defendants
   ARMED FORCES BENEFIT ASSOCIATION and
7  5STAR LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| BRAD LOVESY, | CASE NO.  C 07-2745 SBA |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Courtroom: 3 |
| ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, TSG GROUP, INC. AND TED SHUEY, | Judge:    Hon. Saundra B. Armstrong |
| Defendants. | |

### NOTICE OF APPEARANCE

COMES NOW Brooke L. Killian and hereby enters her appearance on behalf of Defendants Armed Forces Benefit Association and 5Star Life Insurance Company in the above-titled case.

Dated:  September 25, 2007

DLA PIPER US LLP


By   /s/ Brooke L. Killian
   BROOKE L. KILLIAN
   Attorneys for Defendants
   ARMED FORCES BENEFIT ASSOCIATION
   and 5STAR LIFE INSURANCE COMPANY