1  CHARLES L. DEEM, Bar No. CA-110557
   charles.deem@dlapiper.com
2  BROOKE L. KILLIAN, Bar No. CA-239298
   brooke.killian@dlapiper.com
3  DLA PIPER US LLP
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel:  619.699.2700
5  Fax:  619.699.2701

6  Attorney for Defendants
   ARMED FORCES BENEFIT ASSOCIATION and
7  5STAR LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| BRAD LOVESY,<br><br>        Plaintiff,<br><br>    v.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, TSG GROUP, INC. AND TED SHUEY,<br><br>        Defendants. | CASE NO.  C 07-2745 SBA<br><br>**PROOF OF SERVICE**<br><br>Courtroom: F<br>Judge:    Hon. James Larson |

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within cause.  My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California  92101.  On September 27, 2007 I served the following documents:

**NOTICE OF APPEARANCE**

☒   by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

-1-

DLA PIPER US LLP
SAN DIEGO

SD\1761067.1
332602-3

PROOF OF SERVICE

CASE NO. C 07-2745 SBA

☐     by placing a sealed envelope or package designated by FedEx, with delivery fees paid or provided for, a true copy of each document(s) above, in DLA Piper's mail room for collection, processing and delivery this same day to a deposit box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for delivery with express service carriers (i.e., FedEx, DHL, etc.); and that the correspondence shall be deposited with an express service carrier this same day in the ordinary course of business, to each addressee, respectively, as set forth below.

| | |
|---|---|
| Margaret J. Grover<br>Haight Brown & Bonesteel LLP<br>71 Stevenson Street, 20th Floor<br>San Francisco, CA  94104<br>Tel:  415-546-7500<br>Fax:  415-546-7505 | Attorneys for Plaintiff<br>Brad Lovesy |
| Robin M. Cleary<br>Seyfarth Shaw LLP<br>560 Mission Street, #3100<br>San Francisco, CA 94105<br>Tel:  415-397-2823<br>Fax:  415-397-8549 | Attorneys for Defendants<br>TSG Group, Inc. and Ted Shuey |

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on September 27, 2007, at San Diego, California.

                                 **/s/Brooke L. Killian**
                                 Attorney for Defendants
                                 ARMED FORCES BENEFIT ASSOCIATION
                                 and 5STAR LIFE INSURANCE COMPANY
                                 E-mail:  brooke.killian@dlapiper.com