Margaret J. Grover (Bar No. 112701)
Daniel J. Kelly (Bar No. 145088)
Elizabeth J. Gehlhar (Bar No. 213054)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Plaintiff
BRAD LOVESY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY, | Case No. 4:07-cv-02745-SBA |
| Plaintiff, | **STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, THE SHUEY AGENCY, INC., TGS GROUP, INC., AND TED SHUEY, | Complaint Filed: May 24, 2007 |
| Defendants. | |

Plaintiff Brad Lovesy and Defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC, The Shuey Agency, Inc. TGS Group, Inc. and Ted Shuey by and through their respective attorneys agree and stipulate to the following:

1. Plaintiff Brad Lovesy shall be permitted to file a First Amended Complaint in the above-entitled action in the form attached as Exhibit A to this Stipulation and [Proposed] Order.

2. Defendants Armed Forces Benefit Association and 5Star Life Insurance, LLC will, and hereby do, withdraw their Motion to Dismiss Plaintiff Brad Lovesy's Complaint for Damages.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3287406.1

1

Case No. 4:07-cv-02745-SBA
STIPULATION AND [PROPOSED] ORDER
PERMITTING FIRST AMENDED COMPLAINT

3. The First Amended Complaint shall be accepted for filing and shall be deemed filed upon entry of this Stipulation as an Order.

Dated: August 24, 2007                HAIGHT BROWN & BONESTEEL LLP

By: _____
Margaret J. Grover
Attorneys for Plaintiff
BRAD LOVESY

Dated: August ___, 2007               SEYFARTH SHAW LLP

By: _____
Michael T. McKeeman
Attorneys for Defendants
THE SHUEY AGENCY, INC., TGS GROUP, INC., and TED SHUEY

Dated: August ___, 2007               DLA PIPER US LLP

By: _____
Charles L. Deem
Attorneys for Defendants
ARMED FORCES BENEFIT ASSOCIATION and 5STAR LIFE INSURANCE LLC

Pursuant to Stipulation of the parties to the above-captioned matter, the First Amended Complaint of Brad Lovesy attached as Exhibit A to this Order shall be accepted for filing and shall be deemed filed as of today's date.

IT IS SO ORDERED.

Dated: September 27, 2007             *(signed)* Saundra B. Armstrong
Hon. Saundra Brown Armstrong
Judge, United States District Court

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3287406.1

2

Case No. 4:07-cv-02745-SBA
STIPULATION AND [PROPOSED] ORDER
PERMITTING FIRST AMENDED COMPLAINT