SEYFARTH SHAW LLP
Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
Robin M. Cleary (SBN 192489) rcleary@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
TED SHUEY AND TGS GROUP, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BRAD LOVESY, | ) Case No. C 07-2745 SBA |
|---|---|
| Plaintiff, | ) NOTICE OF SUBSTITUTION OF ATTORNEY AND SUBSTITUTION OF ATTORNEY |
| v. | ) |
| ARMED FORCES BENEFIT ASSOCIATION, et al., | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

NOTICE IS HEREBY GIVEN that Defendant Ted Shuey and TGS Group, Inc. (erroneously sued as TSG Group, Inc.) hereby substitutes the law firm of Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, CA 94105, (415) 397-2823 in place of the law firm of Barth Tozer & Timm LLP, 431 I Street, Suite 201, Sacramento, California 95814 (916) 440-8600, as its attorneys of record on the captioned matter.

We consent to the above substitution.

Dated: 27 SEP 07

TED SHUEY and TGS GROUP, INC.

_____
By: Ted Shuey

1

|   |   |   |
|---|---|---|
| 1 | We hereby accept the above substitution. | SEYFARTH SHAW LLP |
| 2 |   |   |
| 3 | Dated: 9/27/07 |   |
| 4 |   | By: Robin M. Cleary |
| 5 |   |   |
| 6 | We hereby agree to the above substitution. | BARTH TOZER & TIMM LLP |
| 7 |   |   |
| 8 | Dated: 9/26/07 |   |
| 9 |   | By: Thomas Barth |

SF1 28303006.1