UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date:9/26/07

C-07-02745 SBA            JUDGE: SAUNDRA BROWN ARMSTRONG

Title: LOVESY vs. ARMED FORCES BENEFIT ASSOCIATION ET AL

Atty.:  MARGARET GROVER            CHARLES DEAN

Deputy Clerk:  Lisa R. Clark        Court Reporter:    N/R
**PROCEEDINGS**
Plt   DFT
( )   ( ) 1.  TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)   ( ) Granted      ( ) Denied       ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( )Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to  11/7/07  for a Telephone Case Management Conference at 2:45 p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off_____Expert Discovery Cut-off_____
Plft to name Experts by_____Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due_____Responses
to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:_____Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CMC AT WHICH TIME ALL PARTIES SHOULD BE BEFORE THE COURT_____cc: