1  Charles L. Deem, (Bar No. CA-110557)
   Brooke L. Killian, (Bar No. CA-239298)
2  DLA PIPER US LLP
   401 B Street, Suite 1700
3  San Diego, CA  92101-4297
   Telephone: 619.699.2700
4  Facsimile: 619.699.2701

5  Attorney for Defendants
   ARMED FORCES BENEFIT ASSOCIATION
6  and 5STAR LIFE INSURANCE COMPANY

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  BRAD LOVESY,                          )  Case No. C 07-2745 SBA
                                          )
12        Plaintiff,                      )  **STIPULATION TO EXTEND TIME**
                                          )  **TO FILE RESPONSE TO FIRST**
13  vs.                                   )  **AMENDED COMPLAINT**
                                          )
14  ARMED FORCES BENEFIT                  )  Complaint Filed: May 24, 2007
    ASSOCIATION; 5STAR LIFE               )
15  INSURANCE, LLC; THE SHUEY             )
    AGENCY, INC., TGS GROUP, INC.;        )
16  TED SHUEY,                            )
                                          )
17        Defendants.                     )
                                          )

18

1   IT IS HEREBY STIPULATED between Plaintiff Brad Lovesy ("Plaintiff") and
2   Defendants Armed Forces Benefit Association, 5Star Life Insurance Company
3   (erroneously sued herein as 5Star Life Insurance, LLC), the Shuey Agency, Inc., TGS
4   Group, Inc., and Ted Shuey ("Defendants"), by and through their respective counsel, that
5   the time to respond to Plaintiff's First Amended Complaint shall be extended by 20 days.
6   Accordingly, Defendants must respond to the First Amended Complaint by October 26,
7   2007.

Dated: October 15, 2007              **HAIGHT BROWN & BONESTEEL LLP**

                                     By:     /s/ Margaret Grover
                                          Margaret Grover
                                          Attorneys for Plaintiff
                                          BRAD LOVESY

Dated: October 15, 2007              **DLA PIPER US LLP**

                                     By:     /s/ Charles L. Deem
                                          Charles L. Deem
                                          Attorneys for Defendants ARMED
                                          FORCES BENEFITS ASSOCIATION
                                          and 5STAR LIFE INSURANCE
                                          COMPANY

Dated: October 15, 2007              **SEYFARTH SHAW**

                                     By:     /s/ Robin M. Cleary
                                          Robin M. Cleary
                                          Attorneys for Defendants THE SHUEY
                                          AGENCY, INC., TGS GROUP, INC.,
                                          and TED SHUEY

**Attestation Pursuant to General Order No. 45, Section X**

The concurrence in the electronic filing of this document has been obtained from the signatories.

Dated: October 15, 2007          By: _____/s/ Brooke L. Killian_____
                                      **BROOKE L. KILLIAN**

## ORDER

Having reviewed the Stipulation of the parties, and finding good cause therefor,

**IT IS HEREBY ORDERED** that Defendants Armed Forces Benefit Association, 5Star Life Insurance Company (erroneously sued herein as 5Star Life Insurance, LLC), the Shuey Agency, Inc., TGS Group, Inc., and Ted Shuey shall have up to and including October 26, 2007 to respond to Plaintiff Brad Lovesy's First Amended Complaint.

Dated: 10/22, 2007

/s/ Sandra B. Armstrong
DISTRICT COURT JUDGE