SEYFARTH SHAW LLP
Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
Robin M. Cleary (SBN 192489) rcleary@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
TED SHUEY, TGS GROUP, INC. and THE SHUEY AGENCY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY, <br><br> Plaintiff, <br><br> v. <br><br> ARMED FORCES BENEFIT ASSOCIATION, et al., <br><br> Defendants. | Case No. C 07-2745 SBA <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

All parties named in the action.

DATED: October 24, 2007                     SEYFARTH SHAW LLP

                                            By_____
                                            Attorneys for Defendants
                                            THE SHUEY AGENCY, INC., TGS
                                            GROUP, INC., AND TED SHUEY

SF1 28305312.1

1
Certification of Interested Entities or Persons / Case No. C 07-2745 SBA