1  SEYFARTH SHAW LLP
   Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
2  Robin M. Cleary (SBN 192489) rcleary@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants
   TGS GROUP, INC., THE SHUEY AGENCY, INC. and TED SHUEY
6
   Margaret J. Grover (Bar No. 112701)
7  Daniel J. Kelly (Bar No. 145088)
   Elizabeth J. Gehlhar (Bar No. 213054)
8  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
9  San Francisco, CA 94105-2981
   Telephone: 415.546.7500
10 Facsimile: 415.546.7505

11 Attorneys for Plaintiff BRAD LOVESY

12 Charles L. Deem, (Bar No. CA-110557)
   Brooke L. Killian, (Bar No. CA-239298)
13 DLA PIPER US LLP
   401 B Street, Suite 1700
14 San Diego, CA 92101-4297
   Telephone: 619.699.2700
15 Facsimile: 619.699.2701

16 Attorney for Defendants
   ARMED FORCES BENEFIT ASSOCIATION
17 and 5STAR LIFE INSURANCE COMPANY

18                  UNITED STATES DISTRICT COURT
19          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
20

| BRAD LOVESY, | Case No. C 07-2745 SBA |
|---|---|
| Plaintiff, | **STIPULATION TO FURTHER EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| ARMED FORCES BENEFIT ASSOCIATION, *et al.*, | |
| Defendants. | |

1

IT IS HEREBY STIPULATED between Plaintiff Brad Lovesy and Defendants Armed Forces Benefit Association, 5Star Life Insurance Company (erroneously sued herein as 5Star Life Insurance, LLC), The Shuey Agency, Inc., TGS Group, Inc. and Ted Shuey (collectively, "Defendants"), by and through their respective counsel, that the time to respond to Plaintiff's First Amended Complaint is further extended to November 30, 2007. The parties met and conferred regarding a motion to dismiss the First Amended Complaint and, based on those discussions, Plaintiff has agreed to file a Second Amended Complaint.

Dated: October ____, 2007        HAIGHT BROWN & BONESTEEL LLP

By: _____
Margaret J. Grover
Attorneys for Plaintiff
BRAD LOVESY

Dated: October 24, 2007          DLA PIPER US LLP

By: _____
Charles L. Deem
Attorneys for Defendants ARMED FORCES BENEFITS ASSOCIATION and 5STAR LIFE INSURANCE COMPANY

Dated: October 25, 2007          SEYFARTH SHAW LLP

By: _____
Michael T. McKeeman
Attorneys for Defendants THE SHUEY AGENCY, INC., TGS GROUP, INC, and TED SHUEY

SF1 28305643.1

1    IT IS HEREBY STIPULATED between Plaintiff Brad Lovesy and Defendants Armed Forces Benefit Association, 5Star Life Insurance Company (erroneously sued herein as 5Star Life Insurance, LLC), The Shuey Agency, Inc., TGS Group, Inc. and Ted Shuey (collectively, "Defendants"), by and through their respective counsel, that the time to respond to Plaintiff's First Amended Complaint is further extended to November 30, 2007. The parties met and conferred regarding a motion to dismiss the First Amended Complaint and, based on those discussions, Plaintiff has agreed to file a Second Amended Complaint.

Dated: October 25, 2007                    HAIGHT BROWN & BONESTEEL LLP


By: _____
Margaret J. Grover
Attorneys for Plaintiff
BRAD LOVESY


Dated: October ___, 2007                    DLA PIPER US LLP


By: _____
Charles L. Deem
Attorneys for Defendants ARMED
FORCES BENEFITS ASSOCIATION
and 5STAR LIFE INSURANCE
COMPANY


Dated: October ___, 2007                    SEYFARTH SHAW LLP


By: _____
Michael T. McKeeman
Attorneys for Defendants THE SHUEY
AGENCY, INC., TGS GROUP, INC, and
TED SHUEY

SF1 28305643.1