CHARLES L. DEEM, Bar No. CA-110557
BROOKE L. KILLIAN, Bar No. CA-239298
charles.deem@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorney for Defendants
ARMED FORCES BENEFIT ASSOCIATION and
5STAR LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| BRAD LOVESY,<br><br>    Plaintiff,<br><br>v.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR LIFE INSURANCE, LLC, TSG GROUP, INC. AND TED SHUEY,<br><br>    Defendants. | CASE NO. C 07-2745 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH INITIAL DISCLOSURE REQUIREMENT**<br><br>Complaint Filed: May 24, 2007 |

WHEREAS, Plaintiff Brad Lovesy ("Lovesy") and Defendants Armed Forces Benefit Association ("AFBA"), 5Star Life Insurance Company (erroneously sued herein as 5Star Life Insurance, LLC) ("5Star"), the Shuey Agency Inc., TGS Group, Inc., and Ted Shuey (collectively, "Defendants") have appeared by and through their respective attorneys in the above-entitled matter;

WHEREAS, on August 28, 2007, Plaintiff and Defendants AFBA and 5Star stipulated to extend the time to comply with Federal Rule of Civil Procedure Rule 26(a)(1)'s initial disclosure requirement to October 30, 2007;

WHEREAS, the Joint Case Management Conference, originally scheduled for September 26, 2007, is now scheduled to occur on November 7, 2007;

DLA PIPER US LLP
SAN DIEGO

SD\1762881.1
332602-3

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH
INITIAL DISCLOSURE REQUIREMENT                    CASE NO. C 07-2745 SBA

WHEREAS, Federal Rule of Civil Procedure 26(a)(1) requires that disclosures be made at or within 14 days after the initial Joint Case Management Conference;

NOW THEREFORE, Lovesy and Defendants, by and through their respective attorneys, agree and stipulate that the time to comply with Federal Rule of Civil Procedure 26(a)(1)'s initial disclosure requirement shall be fourteen (14) days from the Joint Case Management Conference scheduled for November 7, 2007, as provided in Federal Rule of Civil Procedure 26(a)(1). Accordingly, the parties shall have up to and including November 21, 2007 to make their initial disclosures.

Dated: October 30, 2007

**HAIGHT BROWN & BONESTEEL LLP**

By  /s/ Margaret Grover
MARGARET GROVER
Attorneys for Plaintiff
BRAD LOVESY

Dated: October 30, 2007

**DLA PIPER US LLP**

By  /s/ Charles L. Deem
CHARLES L. DEEM
Attorneys for Defendants
ARMED FORCES BENEFIT ASSOCIATION
and 5STAR LIFE INSURANCE COMPANY

DLA Piper US LLP
San Diego

SD\1762881.1
332602-3

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH
INITIAL DISCLOSURE REQUIREMENT          CASE NO. C 07-2745 SBA

1  Dated: October 17, 2007

2  **SEYFARTH SHAW**

4  By  /s/ Robin M. Cleary
   ROBIN M. CLEARY
   Attorneys for Defendants THE SHUEY
   AGENCY, INC., TGS GROUP, INC., and
   TED SHUEY

DLA PIPER US LLP
SAN DIEGO

SD\1762881.1
332602-3

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH
INITIAL DISCLOSURE REQUIREMENT          CASE NO. C 07-2745 SBA

1

**Attestation Pursuant to General Order No. 45, Section X**

2

The concurrence in the electronic filing of this document has been obtained from the signatories.

3

4  Dated: October 31, 2007           By:   /s/ Brooke L. Killian

5                                                          BROOKE L. KILLIAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper US LLP
San Diego

SD\1762881.1
332602-3

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH
INITIAL DISCLOSURE REQUIREMENT                    CASE NO. C 07-2745 SBA

**ORDER**

Having reviewed the Stipulation of the parties, and finding good cause therefor,

**IT IS HEREBY ORDERED** that Plaintiff Brad Lovesy and Defendants Armed Forces Benefit Association, 5Star Life Insurance Company (erroneously sued herein as 5Star Life Insurance, LLC), the Shuey Agency, Inc., TGS Group, Inc., and Ted Shuey shall have up to and including November 21, 2007 to comply with the initial disclosure requirement of Federal Rule of Civil Procedure 26(a)(1).

Dated:_____

_____
**DISTRICT JUDGE**