1   CHARLES L. DEEM, Bar No. CA-110557
    BROOKE L. KILLIAN, Bar No. CA-239298
2   charles.deem@dlapiper.com
    DLA PIPER US LLP
3   401 B Street, Suite 1700
    San Diego, CA  92101-4297
4   Tel:  619.699.2700
    Fax:  619.699.2701
5
    Attorney for Defendants
6   ARMED FORCES BENEFIT ASSOCIATION and
    5STAR LIFE INSURANCE COMPANY
7

8                   UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11   BRAD LOVESY,                              CASE NO.  C 07-2745 SBA

12              Plaintiff,                     STIPULATION AND [PROPOSED]
                                               ORDER TO EXTEND TIME TO COMPLY
                                               WITH INITIAL DISCLOSURE
13      v.                                     REQUIREMENT

14   ARMED FORCES BENEFIT                      Complaint Filed:  May 24, 2007
     ASSOCIATION, 5STAR LIFE
15   INSURANCE, LLC, TSG GROUP, INC.
     AND TED SHUEY,
16
                Defendants.
17

18

19          WHEREAS, Plaintiff Brad Lovesy ("Lovesy") and Defendants Armed Forces Benefit

20   Association ("AFBA"), 5Star Life Insurance Company (erroneously sued herein as 5Star Life

21   Insurance, LLC) ("5Star"), the Shuey Agency Inc., TGS Group, Inc., and Ted Shuey

22   (collectively, "Defendants") have appeared by and through their respective attorneys in the

23   above-entitled matter;

24          WHEREAS, on August 28, 2007, Plaintiff and Defendants AFBA and 5Star stipulated to

25   extend the time to comply with Federal Rule of Civil Procedure Rule 26(a)(1)'s initial disclosure

26   requirement to October 30, 2007;

27          WHEREAS, the Joint Case Management Conference, originally scheduled for September

28   26, 2007, is now scheduled to occur on November 7, 2007;

1

1    WHEREAS, Federal Rule of Civil Procedure 26(a)(1) requires that disclosures be made at

2    or within 14 days after the initial Joint Case Management Conference;

3    NOW THEREFORE, Lovesy and Defendants, by and through their respective attorneys,

4    agree and stipulate that the time to comply with Federal Rule of Civil Procedure 26(a)(1)'s initial

5    disclosure requirement shall be fourteen (14) days from the Joint Case Management Conference

6    scheduled for November 7, 2007, as provided in Federal Rule of Civil Procedure 26(a)(1).

7    Accordingly, the parties shall have up to and including November 21, 2007 to make their initial

8    disclosures.

9

10   Dated:  October 30, 2007

11                                       **HAIGHT BROWN & BONESTEEL LLP**

12                                       By      /s/ Margaret Grover
                                                 MARGARET GROVER
13                                               Attorneys for Plaintiff
                                                 BRAD LOVESY
14

15

16   Dated:  October 30, 2007

17                                       **DLA PIPER US LLP**

18                                       By      /s/ Charles L. Deem
                                                 CHARLES L. DEEM
19                                               Attorneys for Defendants
                                                 ARMED FORCES BENEFIT ASSOCIATION
20                                               and 5STAR LIFE INSURANCE COMPANY

21

22

23

24

25

26

27

28

DLA PIPER US LLP
SAN DIEGO

1   Dated:  October 17, 2007

2                                  **SEYFARTH SHAW**

3

4                           By    /s/  Robin M. Cleary
                                 ROBIN M. CLEARY
5                                Attorneys for Defendants THE SHUEY
                                 AGENCY, INC., TGS GROUP, INC., and
6                                TED SHUEY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SD\1762881.1
332602-3

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH
INITIAL DISCLOSURE REQUIREMENT          CASE NO. C 07-2745 SBA

**Attestation Pursuant to General Order No. 45, Section X**

The concurrence in the electronic filing of this document has been obtained from the signatories.

Dated: October 31, 2007          By:     /s/ Brooke L. Killian
                                         BROOKE L. KILLIAN

DLA PIPER US LLP
SAN DIEGO

SD\1762881.1
332602-3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH
INITIAL DISCLOSURE REQUIREMENT          CASE NO. C 07-2745 SBA

1    **ORDER**

2         Having reviewed the Stipulation of the parties, and finding good cause therefor,

3         **IT IS HEREBY ORDERED** that Plaintiff Brad Lovesy and Defendants Armed Forces

4    Benefit Association, 5Star Life Insurance Company (erroneously sued herein as 5Star Life

5    Insurance, LLC), the Shuey Agency, Inc., TGS Group, Inc., and Ted Shuey shall have up to and

6    including November 21, 2007 to comply with the initial disclosure requirement of Federal Rule of

7    Civil Procedure 26(a)(1).

8
     Dated:_ 11/5/07 _____
9
10   
     _____
     DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH
INITIAL DISCLOSURE REQUIREMENT                    CASE NO. C 07-2745 SBA