UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date:11/7/07

C-07-02745 SBA             JUDGE: SAUNDRA BROWN ARMSTRONG

Title: LOVESY vs. ARMED FORCES BENEFIT ASSOCIATION ET AL

Atty.:  MARGARET GLOVER             MICHAEL MCKEEMAN

                                    CHARLES DEEM

Deputy Clerk:  Lisa R. Clark         Court Reporter:      N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) 1.   TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)   ( ) Granted    ( ) Denied    ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( )Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to 1/16/08   for a Telephone Case Management Conference at 3:45 p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off_____Expert Discovery Cut-off_____
Plft to name Experts by_____Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due_____Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:_____Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: PLAINTIFF TO FILE SECOND AMENDED COMPLAINT BY 11/16/07; PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CASE MANAGEMENT CONFERENCE                                        cc: