AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

BRAD LOVESY and PACIFIC CONSOLIDATED
INVESTMENTS, INC., a Nevada Corporation

V.

ARMED FORCES BENEFIT ASSOCIATION, individually,
doing business as 5 STAR ASSOCIATION, 5STAR
FINANCIAL, LLC, 5STAR FINANCIAL SERVICES
COMPANY, and 5STAR LIFE INSURANCE COMPANY;
TED SHUEY, individually, doing business as THE SHUEY
AGENCY, INC., and TGS GROUP, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 4:07-cv-02745-SBA

TO: (Name and address of Defendant)

SEE ATTACHED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Margaret J. Grover
HAIGHT, BROWN & BONESTEEL, LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

(By) DEPUTY CLERK  JESSIE MOSLEY

DATE  NOV 19 2007

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                 Date                       *Signature of Server*

                                            _____
                                            *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

1. 
2. Armed Forces Benefit Association
   909 North Washington Street
3. Alexandria, Virginia  22314

4. 5 Star Association
   909 North Washington Street
5. Alexandria, Virginia  22314

6. 5Star Financial, LLC
   909 North Washington Street
7. Alexandria, Virginia  22314

8. 5Star Financial Services Company
   909 North Washington Street
9. Alexandria, Virginia  22314

10. 5Star Life Insurance Company
    909 North Washington Street
11. Alexandria, Virginia  22314

12. Gen. Theodore G. Shuey, Jr.
    584 Lee Highway
13. Verona, Virginia  24482

14. The Shuey Agency, Inc.
    584 Lee Highway
15. Verona, Virginia  24482

16. TGS Group, Inc.
    584 Lee Highway
17. Verona, Virginia  24482

18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

MARGARET J. GROVER (SBN 112701)
HAIGHT, BROWN & BONESTEEL, LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 546-7500

ATTORNEY(S) FOR: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAD LOVESY et al.

Plaintiff,

v.

ARMED FORCES BENEFIT ASSOCIATION etc., et al.

Defendant.

CASE NUMBER

4:07-CV-02745-SBA

DECLARATION OF SERVICE

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT FOR DAMAGES

in the within action by personally delivering true copies thereof to the person served as follows:

Served : 5STAR FINANCIAL, LLC

By serving : Clarence Davis III, Security Guard

Address : (Business)
909 North Washington Street
Alexandria, VA 22314

Date of Service : November 21, 2007

Time of Service : 3:45 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: November 27, 2007

Signature: _____
TOM ROBINSON

226073