CHARLES L. DEEM, Bar No. CA-110557
BROOKE L. KILLIAN, Bar No. CA-239298
charles.deem@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorney for Defendants
ARMED FORCES BENEFIT ASSOCIATION and
5STAR LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARMED FORCES BENEFIT ASSOCIATION, THE 5STAR ASSOCIATION, 5 STAR FINANCIAL, LLC, 5STAR FINANCIAL SERVICES COMPANY, and 5STAR LIFE INSURANCE COMPANY; TED SHUEY, individually, doing business as THE SHUEY AGENCY, INC., and TGS GROUP, INC., | CASE NO. C 07-2745 SBA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS ARMED FORCES BENEFIT ASSOCIATION AND 5STAR LIFE INSURANCE COMPANY'S MOTION TO DISMISS AND STRIKE PORTIONS OF PLAINTIFF BRAD LOVESY'S SECOND AMENDED COMPLAINT**<br><br>Date: February 5, 2008<br>Time: 1:00 p.m.<br>Courtroom: 3<br>Judge: Hon. Saundra B. Armstrong |

**I.   INTRODUCTION**

Pursuant to Federal Rule of Evidence Rule 201, Defendants Armed Forces Benefit Association, erroneously sued herein as Armed Forces Benefit Association, The Five Star Association ("AFBA") and 5Star Life Insurance Company ("5Star") hereby request that this Court take judicial notice of (1) Plaintiff Brad Lovesy's Complaint for Damages (Case No. C 07-2745 SBA, Docket No. 1) ("Complaint"), (2) Joint Case Management Statement and [Proposed] Order (Case No. C 07-2745 SBA, Docket No. 21) submitted by the parties jointly ("CMC Statement"), (3) the Articles of Incorporation of AFBA Life Insurance Company ("AFBA Life")

DLA PIPER US LLP
SAN DIEGO

SD\1775949.1
332602-3

1
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS AFBA AND
5STAR'S MOTION TO DISMISS AND STRIKE           CASE NO. C 07-2745 SBA

1  ("Articles of Incorporation"), and (4) an Amendment to the Articles of Incorporation of the
2  AFBA Life Insurance Company ("Amendment to the Articles of Incorporation").
3         The Articles of Incorporation and Amendment to the Articles of Incorporation are
4  attached as Exhibits D and E, respectively, to the Declaration of Michael Kimo Wong in Support
5  of Motion to Dismiss and Strike Portions of Plaintiff Brad Lovesy's Second Amended Complaint.

## II. JUDICIAL NOTICE IS APPROPRIATE

7         Pursuant to Federal Rule of Evidence 201, a court may take judicial notice of any fact "not
8  subject to reasonable dispute in that it is…capable of accurate and ready determination by resort
9  to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  In
10 connection with a Motion to Dismiss, a court may take judicial notice of official records and
11 reports, including its own records, without converting a motion brought under Rule 12(b) into a
12 motion for summary judgment. *MGIC Indemn. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir.
13 1986); *see also Day v. Moscow*, 955 F.2d 807, 811 (2d Cir. 1992).  Thus, a matter that is properly
14 the subject of judicial notice may be considered along with the complaint in deciding a motion to
15 dismiss under Federal Rule of Civil Procedure 12(b)(6) or a motion to strike under Federal Rule
16 of Civil Procedure 12(f). *MGIC Indemn. Corp.*, 803 F.2d at 504; *SEC v. Sands*, 902 F. Supp.
17 1149, 1165 (C.D. Cal. 1995) (grounds for motion to strike must appear on face of the pleading or
18 from any matter of which the court may judicially notice).
19        Two documents for which AFBA and 5Star seek judicial notice, the Complaint and CMC
20 Statement, are part of the Court's records with respect to this action.  A court's own records are
21 properly the subject of judicial notice. *Day*, 955 F.2d at 811.  Accordingly, the Court may take
22 judicial notice of the Complaint for Damages and CMC Statement. *See Day*, 955 F.2d at 811.
23        The third and fourth documents for which AFBA and 5Star seek judicial notice, the
24 Articles of Incorporation and Amendment to the Articles of Incorporation, are publicly available
25 records, filed with the Louisiana Commissioner of Insurance. (*See* Wong Decl., Ex. D.)  Courts
26 are permitted to take judicial notice of any public record, provided the record is not subject to
27 reasonable dispute. *Disabled Rights Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 866
28 n.1 (9th Cir. 2004) (courts "may take judicial notice of the records of state agencies"); *Lee v. City*

DLA PIPER US LLP
SAN DIEGO

SD\1775949.1
332602-3

2
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS AFBA AND
5STAR'S MOTION TO DISMISS AND STRIKE     CASE NO. C 07-2745 SBA

*of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (a court may take judicial notice of matters of public record unless the matter is a fact subject to reasonable dispute). AFBA and 5Star have no reason to believe Lovesy will object to the accuracy of any of the facts in the Articles of Incorporation and the Amendment to the Articles of Incorporation. As a public record not reasonably subject to dispute, the Articles of Incorporation and Amendment to the Articles of Incorporation are properly subject to judicial notice.

The Complaint, CMC Statement, the Articles of Incorporation, and the Amendment to the Articles of Incorporation are readily subject to accurate determination by resort to credible sources. These documents are subject to judicial notice and should be considered by the Court in determining the Motion to Dismiss and Motion to Strike. Fed. R. Evid. 201; *see also MGIC Indemn. Corp.*, 803 F.2d at 504.

**III.   CONCLUSION**

Pursuant to Federal Rule of Evidence 201, Defendants AFBA and 5Star hereby request that the Court take judicial notice of the following documents in ruling on the Motion to Dismiss and the Motion to Strike:

1. Plaintiff Brad Lovesy's Complaint for Damages (Docket No. 1);
2. Joint Case Management Statement and [Proposed] Order (Docket No. 21); and
3. Articles of Incorporation for AFBA Life;
4. Amendment to the Articles of Incorporation for AFBA Life.

Dated: December 7, 2007

                                  DLA PIPER US LLP

                                  By   /s/ Charles L. Deem
                                     CHARLES L. DEEM
                                     Attorneys for Defendants
                                     ARMED FORCES BENEFIT ASSOCIATION
                                     and 5STAR LIFE INSURANCE COMPANY

DLA PIPER US LLP
SAN DIEGO

SD\1775949.1
332602-3

3
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS AFBA AND 5STAR'S MOTION TO DISMISS AND STRIKE          CASE NO. C 07-2745 SBA