SEYFARTH SHAW LLP
Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
Robin M. Cleary (SBN 192489) rcleary@seyfarth.com
Patty H. Lee (SBN 245192) plee@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
THEODORE G. SHUEY, JR. (erroneously sued as Ted Shuey),
TGS GROUP, INC., and THE SHUEY AGENCY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC., a Nevada Corporation<br><br>Plaintiffs,<br><br>v.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR ASSOCIATION, 5STAR FINANCIAL SERVICES COMPANY, and 5STAR LIFE INSURANCE COMPANY; TED SHUEY, individually, doing business as THE SHUEY AGENCY, INC., and TGS GROUP, INC.<br><br>Defendants. | Case No. 4:07 CV 02745 SBA<br><br>**[PROPOSED] ORDER GRANTING THEODORE G. SHUEY, JR. (erroneously sued as Ted Shuey), TGS GROUP, INC., AND THE SHUEY AGENCY, INC.'S MOTION TO STRIKE, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Date: February 5, 2008<br>Time: 1:00 p.m.<br>Judge: Hon. Saundra B. Armstrong<br>Dept./Place: Courtroom 3 |

Defendants Theodore G. Shuey, Jr. (erroneously sued as Ted Shuey), TGS Group, Inc., and The Shuey Agency, Inc.'s (collectively "Defendants") Motion to Strike, or in the alternative, Motion for a More Definite Statement ("Motion") regarding portions of Plaintiffs Brad Lovesy and Pacific Consolidated Investments, Inc.'s (collectively "Plaintiffs") Second Amended Complaint came before this Court on February 5, 2008. The Court, having duly considered the Motion and the Memorandum of Points and Authorities in support thereof, together with the complete files and records in this action, and the oral argument of the Parties;

HEREBY ORDERS AS FOLLOWS:

1. Defendants' Motion to Strike pursuant to Federal Rule of Civil Procedure 12(f) portions of Plaintiffs' Second Amended Complaint is GRANTED.

2. The following shall be stricken from Plaintiffs' Second Amended Complaint:

   a. Paragraphs 11 and 12 in their entirety;

   b. Lines 1-2 on page 21: "For exemplary damages in an amount sufficient to punish Defendants and to prohibit such conduct in the future."

   c. Lines 9-10 on page 21: "For exemplary damages in an amount sufficient to punish Defendants and to prohibit such conduct in the future."

   d. Lines 1-2 on page 22: "For exemplary damages in an amount sufficient to punish Defendants and to prohibit such conduct in the future."

   e. Line 7 on page 22: "For damages according to proof."

3. Alternatively, Defendants' Motion for a More Definite Statement pursuant to Federal Rule of Civil Procedure 12(e) is GRANTED. Plaintiffs' shall provide a more definite statement with respect to all references to "the Shuey Defendants" in the Second Amended Complaint.

IT IS SO ORDERED.

DATED: February ___, 2008                By _____
                                            SAUNDRA B. ARMSTRONG
                                            UNITED STATES DISTRICT JUDGE