1  SEYFARTH SHAW LLP
   Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
2  Robin M. Cleary (SBN 192489) rcleary@seyfarth.com
   Patty H. Lee (SBN 245192) plee@seyfarth.com
3  560 Mission Street, Suite 3100
   San Francisco, California 94105
4  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549

5
   Attorneys for Defendants
6  THEODORE G. SHUEY, JR. (erroneously sued as Ted Shuey),
   TGS GROUP, INC., and THE SHUEY AGENCY, INC.
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC., a Nevada Corporation<br><br>Plaintiffs,<br><br>v.<br><br>ARMED FORCES BENEFIT ASSOCIATION, 5STAR ASSOCIATION, 5STAR FINANCIAL SERVICES COMPANY, and 5STAR LIFE INSURANCE COMPANY; TED SHUEY, individually, doing business as THE SHUEY AGENCY, INC., and TGS GROUP, INC.<br><br>Defendants. | Case No. 4:07 CV 02745 SBA<br><br>**[PROPOSED] ORDER GRANTING THEODORE G. SHUEY, JR. (erroneously sued as Ted Shuey), TGS GROUP, INC., AND THE SHUEY AGENCY, INC.'S MOTION TO DISMISS TGS FOR LACK OF PERSONAL JURISDICTION, AND PLAINTIFFS' THIRD, FOURTH, SEVENTH, AND EIGHTH CAUSES OF ACTION IN THE SECOND AMENDED COMPLAINT**<br><br>Date: February 5, 2008<br>Time: 1:00 p.m.<br>Judge: Hon. Saundra B. Armstrong<br>Dept./Place: Courtroom 3 |

22   Defendants Theodore G. Shuey, Jr. (erroneously sued and served as Ted Shuey), TGS
23 Group, Inc., and The Shuey Agency, Inc.'s (collectively "Defendants") Motion to Dismiss
24 ("Motion") pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) came before this
25 Court on February 5, 2008.  The Court, having duly considered the Motion, Memorandum of
26 Points and Authorities in support thereof, Declaration of Theodore G. Shuey, Jr. and exhibit
27 attached thereto, together with the complete files and records in this action, and the oral
28 argument of the Parties;

1  HEREBY ORDERS AS FOLLOWS:

2  1.  Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure

3  12(b)(2) is GRANTED.  TGS Group, Inc. is dismissed for this Court's lack of

4  personal jurisdiction.

5  2.  Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure

6  12(b)(6) is GRANTED.  Plaintiffs' third, fourth, seventh, and eighth causes of

7  action in the Second Amended Complaint are dismissed without leave to amend.

8  IT IS SO ORDERED.

10  DATED: February ___, 2008                 By_____
                                                SAUNDRA B. ARMSTRONG
11                                              UNITED STATES DISTRICT JUDGE