1  CHARLES L DEEM, Bar No. CA-110557
   charles.deem@dlapiper.com
2  DLA PIPER US LLP
   401 B Street, Suite 1700
3  San Diego, CA  92101-4297
   Tel:  619.699.2700
4  Fax:  619.699.2701

5  Attorneys for Defendants
   ARMED FORCES BENEFIT ASSOCIATION,
6  5STAR LIFE INSURANCE, LLC, and
   5STAR FINANCIAL LLC
7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 BRAD LOVESY and PACIFIC            CASE NO.  C 07-2745 SBA
   CONSOLIDATED INVESTMENTS,
12 INC., a Nevada corporation,        **DEFENDANT 5STAR FINANCIAL LLC'S**
                                      **CERTIFICATION OF INTERESTED**
                    Plaintiffs,       **ENTITIES OR PERSONS**
13
14          v.                        Courtroom:    3
                                      Judge:        Hon. Saundra B. Armstrong
15 ARMED FORCES BENEFIT
   ASSOCIATION, THE 5STAR
16 ASSOCIATION, 5 STAR FINANCIAL,
   LLC, 5STAR FINANCIAL SERVICES
17 COMPANY and 5STAR LIFE
   INSURANCE COMPANY; TED SHUEY,
18 individually, doing business as THE
   SHUEY AGENCY, INC., and TGS
19 GROUP, INC.,

20                  Defendants.

21

22

23

24

25

26

27

28

SD\1777207.1
332602-3

-1-

1    Pursuant to Civil Local Rule 3-16, the undersigned counsel for 5Star Financial LLC

2    certifies that as of this date, other than the named parties, there is no such interest to report.

3    Dated:  December 19, 2007

4                                        DLA PIPER US LLP

5

6                             By    /s/ Charles L. Deem
                                     CHARLES L. DEEM
7                                    Attorneys for Defendants
                                     5STAR FINANCIAL LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
SAN DIEGO

SD\1777207.1
332602-3

-2-
DEFENDANT 5STAR FINANCIAL LLC'S CERTIFICATION OF INTERESTED
PARTIES                                      CASE NO. C 07-2745 SBA