1    SEYFARTH SHAW LLP
     Michael T. McKeeman (SBN 173662) mmckeeman@seyfarth.com
2    Robin M. Cleary (SBN 192489) rcleary@seyfarth.com
     Patty H. Lee (SBN 245192) plee@seyfarth.com
3    560 Mission Street, Suite 3100
     San Francisco, California 94105
4    Telephone: (415) 397-2823
     Facsimile: (415) 397-8549

5

     Attorneys for Defendants
6    THEODORE G. SHUEY, JR. (erroneously sued as TED SHUEY),
     TGS GROUP, INC., and THE SHUEY AGENCY, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11    BRAD LOVESY and PACIFIC         )    Case No. 4:07 CV 02745 SBA
     CONSOLIDATED INVESTMENTS, INC., a   )
12    Nevada corporation                 )    **NOTICE OF APPEARANCE**
                                  )
13             Plaintiff,           )
                                  )
14           v.                     )
                                  )
15    ARMED FORCES BENEFIT ASSOCIATION, )
     THE 5STAR ASSOCIATION, 5STAR      )
16    FINANCIAL, LLC, 5STAR FINANCIAL    )
     SERVICES COMPANY, AND 5STAR LIFE   )
17    INSURANCE COMPANY; TED SHUEY,    )
     individually, doing business as THE SHUEY   )
18    AGENCY, INC., and TGS GROUP, INC.    )
                                  )
19            Defendants.         )
                                  )
20    _____ )

21

22

23

24

25

26

27

28

SF1 28311723.1

1    COMES NOW Patty H. Lee and hereby enters her appearance on behalf of Defendants

2   Theodore G. Shuey, Jr. (erroneously sued as Ted Shuey), TGS Group, Inc., and The Shuey

3   Agency, Inc. in the above-titled case.

4

5   DATED: December 31, 2007                    SEYFARTH SHAW LLP

6                                               By   /s/ Patty H. Lee
                                                     Patty H. Lee

7                                               Attorneys for Defendants
                                                THEODORE G. SHUEY, JR.
8                                               (ERRONEOUSLY SUED AS TED
                                                SHUEY), TGS GROUP, INC., AND THE
9                                               SHUEY AGENCY, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF1 28311723.1                              2
DEFENDANT THEODORE G. SHUEY, JR., THE SHUEY AGENCY, INC., AND TGS GROUP,
INC.'S INITIAL DISCLOSURE STATEMENT