1  CHARLES L. DEEM, Bar No. CA-110557
   BROOKE L. KILLIAN, Bar No. CA-239298
2  charles.deem@dlapiper.com
   DLA PIPER US LLP
3  401 B Street, Suite 1700
   San Diego, CA  92101-4297
4  Tel:  619.699.2700
   Fax:  619.699.2701
5
   Attorneys for Defendants
6  ARMED FORCES BENEFIT ASSOCIATION,
   5STAR LIFE INSURANCE, LLC, and
7  5STAR FINANCIAL LLC

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 | BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC., a Nevada corporation, | CASE NO.  C 07-2745 SBA

   **SPECIAL APPEARANCE**

              Plaintiff,

         v.

   ARMED FORCES BENEFIT ASSOCIATION, THE 5STAR ASSOCIATION, 5 STAR FINANCIAL, LLC, 5STAR FINANCIAL SERVICES COMPANY, and 5STAR LIFE INSURANCE COMPANY; TED SHUEY, individually, doing business as THE SHUEY AGENCY, INC., and TGS GROUP, INC.,

   **DEFENDANT 5STAR FINANCIAL'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF BRAD LOVESY'S SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

   **Previous Hearing Date:**
   Date:        February 26, 2008
   Time:        1:00 p.m.

   **New Hearing Date:**
   Date:        March 4, 2008
   Time:        1:00 p.m.
   Courtroom:   3
   Judge:       Hon. Saundra B. Armstrong

---

DLA PIPER US LLP
SAN DIEGO

SD\1778800.1
332602-3

-1-
DEFENDANT 5STAR FINANCIAL LLC'S AMENDED NOTICE OF MOTION AND MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION                CASE NO. C 07-2745 SBA

## AMENDED NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Tuesday, March 4, 2008,[1] at 1:00 p.m., or as soon thereafter as can be heard, in Courtroom 3 of the United States District Court for the Northern District of California, Oakland Division, located at 1301 Clay Street, Third Floor, Oakland, CA 94612-5212, Defendant 5Star Financial, LLC, erroneously sued herein as 5Star Financial LLC, 5Star Financial Services Company ("5Star Financial"), will specially appear, and will and hereby does move the Court for an order dismissing Plaintiff Brad Lovesy's ("Lovesy") Second Amended Complaint ("SAC") for lack of personal jurisdiction.

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(2) on the ground the Court does not have authority to exercise general or specific jurisdiction over 5Star Financial. More specifically, 5Star Financial asserts the following:

- <u>General Jurisdiction</u>: The Court lacks general jurisdiction over 5Star Financial because 5Star Financial has no contacts with the State of California, and is not the alter ego of any entity with systematic or continuous contacts in California.

- <u>Specific Jurisdiction</u>: Specific jurisdiction does not exist over 5Star Financial because 5Star Financial has not purposefully availed itself of the privilege of conducting activities in California and Lovesy's causes of action against 5Star Financial do not arise out of California. Further, exercise of jurisdiction over 5Star Financial would be unreasonable in this case because judicial economy favors a Virginia forum and 5Star Financial wholly lacks contacts with the State of California.

Defendants base this motion on this Notice, the Memorandum of Points and Authorities dated and filed December 20, 2007, the Declaration of Michael Kimo Wong in Support of 5Star Financial LLC's Motion to Dismiss for Lack of Personal Jurisdiction and Exhibits A, B, and C thereto, dated and filed December 21, 2007, the pleadings and records on file with this Court, all

/////

---

[1] The previous hearing date of February 26, 2008, at 1:00 p.m., is unavailable on the Court's calendar.

DLA PIPER US LLP
SAN DIEGO

SD\1778800.1
332602-3

-2-
DEFENDANT 5STAR FINANCIAL LLC'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION    CASE NO. C 07-2745 SBA

matters of which this Court may take judicial notice, and such argument as may be presented at the hearing on this motion.

 Counsel for Defendant 5Star Financial LLC certifies that they have met and conferred in good faith with Counsel for Lovesy regarding this Motion and were unable to resolve the issue.

Dated:  January 7, 2008

              DLA PIPER US LLP

              By   /s/ Charles L. Deem
                CHARLES L. DEEM
                Attorneys for Defendants
                ARMED FORCES BENEFIT ASSOCIATION,
                5STAR LIFE INSURANCE, LLC, and 5STAR
                FINANCIAL LLC

DLA PIPER US LLP
SAN DIEGO

SD\1778800.1
332602-3

-3-
DEFENDANT 5STAR FINANCIAL LLC'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION CASE NO. C 07-2745 SBA