Margaret J. Grover (Bar No. 112701)
Daniel J. Kelly (Bar No. 145088)
Africa E. Davidson (Bar No. 225680)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Plaintiffs BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC. a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ARMED FORCES BENEFIT ASSOCIATION, THE 5STAR ASSOCIATION, 5STAR FINANCIAL, LLC, 5STAR FINANCIAL SERVICES COMPANY, and 5STAR LIFE INSURANCE COMPANY; TED SHUEY, individually, doing business as THE SHUEY AGENCY, INC., and TGS GROUP, INC.,<br><br>Defendants. | Case No. 4:07-cv-02745-SBA<br><br>**DECLARATION OF MARGARET J. GROVER IN OPPOSITION TO DEFENDANTS TED SHUEY, THE SHUEY AGENCY, INC., AND TGS GROUP, INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Date:   February 5, 2008<br>Time:   1:00 p.m.<br>Ctrm:   3<br>Judge:  Hon. Saundra B. Armstrong |

I, Margaret J. Grover, declare:

1.  I am an attorney at law licensed to practice in all courts in the State of California and before this Court. I am one of the attorneys of record for Plaintiffs Brad Lovesy and Pacific Consolidated Investments, Inc. in the above-captioned matter.

2.  Attached as Exhibit A to this Declaration is a copy of a March 6, 2006 letter from The TGS Group, Inc. to Mr. Lovesy. This letter that stated, in part, "AFBA has an agreement with NGAC to provide coverage through the basic SSLI program and their "Better Alternative." *The TGS Group, through The Shuey Agency, Inc., has a contract with NGAC to provide administrative*

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Orange County

BL23-0000001
3339055.1

Case No. 4:07-cv-02745-SBA
GROVER DECL. RE SHUEY DEFTS MTN TO DISMISS SAC

1  services and marketing for NGAC." The letter from TGS Group, Inc. continued to demand that Mr. Lovesy immediately cease corresponding with the National Guard association.

3.  Attached as Exhibit B to this Declaration are copies of communications between Mr. Lovesy and The TGS Group, Inc. regarding billing issues.

4.  Attached as Exhibit C to this Declaration are copies of communications between Mr. Lovesy and The TGS Group, Inc. regarding questions as to when policies would issue.

5.  Attached as Exhibit D to this Declaration are copies of communications between Mr. Lovesy and The TGS Group, Inc. regarding policy cancellations.

6.  In this action, there have been two Rule 26(f) conferences. The Shuey Group, Inc. was not a party to the action when the first conference occurred. The second Rule 26(f) conference was scheduled for December 26, 2007. Counsel for The Shuey Group, Inc. did not participate in that conference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of January 2008, at San Francisco, California.

*[signature]*

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3339055.1

2

Case No. 4:07-cv-02745-SBA
GROVER DECL. RE SHUEY DEFTS MTN TO DISMISS SAC

# EXHIBIT A

**TGS Group, Inc.**
**P. O. Box 2008**
**Staunton, Virginia 24402**

6 March 2006

Mr. Brad Lovesy
P. O. Box 1118
Gualala, CA 95445

Dear ~~Mr. Lovesy~~ Brad,

Let me begin by indicating I am very concerned by the tone and negative theme of your recent email to NGAC and AFBA. I am amazed at how quickly you have forgotten that before having the opportunity to utilize the NGAC payroll deduction authority and enjoy their endorsement, you were sneaking around the California National Guard with minimal success. In addition, the staff of the TGS Group has bent over backwards to make you successful in your endeavors and provided assistance well beyond what is afforded our other enrollers. And finally, whether you like AFBA or not, I can't imagine what you would be doing without them. They have gone out of their way to make the NGAC SSLI program one of the best in the nation.

Let me try to bring some reality to your concerns. AFBA has an agreement with NGAC to provide coverage through the basic SSLI program and their "Better Alternative." The TGS Group, through The Shuey Agency, Inc., has a contract with NGAC to provide administrative services and marketing for NGAC. If you have any formal agreement with NGAC, you need to produce it or <u>immediately cease and desist</u> from corresponding with them about what would appear to be their lack of support for your efforts. If you have issues with NGAC you need to work through AFBA and The Shuey Agency, Inc.

This brings us to the Memorandum of Agreement you do have with The Shuey Agency, Inc. dated 31 August 2004. In reviewing this document you will find your commitment to, for example, in item b., "insure that every unit of the California Army and Air National Guard are briefed every 12-18 months." You will further remember your commitment to provide a monthly visitation schedule, meet a goal of a minimum of 200 applications per month, and use the briefing format provided during the August 2004 training session for you and your agents. The bottom line on this matter is you have failed to comply with the marketing memorandum you agreed to almost eighteen months ago.

As a result of this material breach, please accept this letter as official notification of our intent to bring the marketing of the NGAC SSLI program under our existing enrollment structure. Effective 1 April, The Shuey Agency, Inc. will assume responsibility for scheduling unit briefings and assigning the appropriate enrollers. We will be happy to include you and your

agents as part of this process as long as you follow the briefing guidance you received during the training provided by Clay Fauber of this agency.

You have been able to pick the low hanging fruit during the SRP events at Camp Roberts and now face the hard task of briefing soldiers and airmen at their unit locations. As you have found out, it is not as easy as just having them "line up and sign up." You clearly need assistance in becoming successful at scheduling and successfully conducting unit presentations. To assist, I will be working with NGAC and MG Wade to obtain a letter of introduction to the units and get basic program information into distribution. We are now playing catch up on our commitment to brief the soldiers and airmen of the California National Guard every 12-18 months and time is of the essence.

There are some small SRPs coming up this month and I would like for you to cover them for us if you are available. In fact, you have done such a good job with SRPs, I would be happy to have you handle all of them going forward and incorporate your team into our weekend schedule when they are available. Make no mistake though, that from this point forward The Shuey Agency, Inc. will have the same relationship with you that it has with the rest of its enrollment team members. Our administrative staff are only here to process your new business and allotments. Issues regarding individual applications from this time forward should be addressed directly to AFBA from your Regional Director status. Problems with allotments not taking should be worked with the finance personnel at the California USPFO. Your FSR-1 compensation requires you to be a problem solver, not a problem creator.

In summary, we have a commitment to NGAC to continue to grow their SSLI program and we will do so with or without your help. I sincerely hope you will want to work with us and be a part of the effort, but with your current negative approach to this business I cannot afford to allow you to continue to take the point. There is simply too much at stake, not the least of which is our concern, your frequently stated concern too, that we take care of soldiers and airmen. We cannot do that simply by working at SRPs. The OPTEMPO is changing and to be successful we need to be able to adapt and move with it.

Sincerely,

*Ted*

Theodore G. Shuey, Jr.
President

TGS/mch
CF: Mr. Craig Piers, President 5 Star Life
    Mr. Kimo Wong, Vice-President AFBA
    LTC John Haramalis, President NGAC
    LTC (Ret.) Jim Lubey, Executive Director NGAC

# EXHIBIT B

## Brad Lovesy

**From:** Anna Davis [ADavis@tgsgrp.com]
**Sent:** Thursday, May 19, 2005 11:03 AM
**To:** Brad Lovesy
**Subject:** RE: Fw: sanchez 1R7854

OK, I will take care of.  Anna

-----Original Message-----
From: Brad Lovesy [mailto:blovesy@earthlink.net]
Sent: Thursday, May 19, 2005 11:57 AM
To: Anna Davis
Subject: FW: Fw: sanchez 1R7854

Anna, As you can see Armando Sanchez 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 is leaving the guard in July so will need to be billed directly.
Let me know you received this
Thanks
Brad

Name: Armando Sanchez
Email: sanchezacs@hotmail.com
Telephone: 916-454-0702

Hello, This SFC Sanchez Armando, I'am retiring in two months.
Q:  I currently have a deduction of $23.99 for SSLI coverage and I would like to continue to pay this.
(916) 233-7615
Thank you for your time.
Armando

1

# Brad Lovesy

| | |
|---|---|
| From: | Anna Davis [ADavis@tgsgrp.com] |
| Sent: | Wednesday, May 18, 2005 5:36 AM |
| To: | Brad Lovesy |
| Subject: | RE: Clients that have been around awhile |

Brad, Hi!  I don't know what to say here.  I probably need to talk to Ted and Clay about these.  Have a good day.  Anna

-----Original Message-----
From: Brad Lovesy [mailto:blovesy@earthlink.net]
Sent: Tuesday, May 17, 2005 1:47 PM
To: Anna Davis
Cc: Clay Fauber
Subject: Clients that have been around awhile

Anna, the attached is the most current list of clients that have had no action for awhile.  The list is divided into Oct Nov and Dec. Some of them have left the Guard (indicated) and we still have not come up with a plan to get them billed or back on the books.
It would be nice if we could find out why they are taking so long to clear and if there is something I can do at this end to make it happen I will.
We have a contact at the USPFO that can help us if it is at their end.
Thanks
Brad Lovesy, Regional Director
Armed Forces Benefit Association

1

# Brad Lovesy

**From:** Lorrie Ellinger [LEllinger@tgsgrp.com]
**Sent:** Monday, April 18, 2005 5:57 AM
**To:** Brad Lovesy
**Subject:** RE: Linda Korbel

Brad,

They don't need a paramed if the application is signed before the 50th birthday according to AFBA's rule; however, the premium will need to be at the over 50 rate if application is taken within 90 days of their 50th birthday.

Thank you,
Lorrie Ellinger
540-248-0755


-----Original Message-----
From: Brad Lovesy [mailto:blovesy@earthlink.net]
Sent: Friday, April 15, 2005 8:31 PM
To: Lorrie Ellinger
Subject: RE: Linda Korbel


OK I will see what she wants to do and let you know. In the meantime is that going to be the rule if they are 90 days or less to age 50 they will need an exam? We need to set a precedence here so we have a rule to follow.

-----Original Message-----
From: Lorrie Ellinger [mailto:LEllinger@tgsgrp.com]
Sent: Friday, April 15, 2005 11:14 AM
To: Brad Lovesy
Subject: RE: Linda Korbel


Yes, it is a premium question.  Also, from a processing viewpoint, applicants must be more than 90 days away from age up to process application at a lower rate.  This  is because of the length of time that it takes for the allotment to start.

Applicants who are within the 90 days of their 50th birthday can apply without taking the paramed but must be loaded to pay at the over 50 rate.  (I missed the signature date on Linda's app)

Please let me know what you want to do with Linda's app>

Thank you,
Lorrie Ellinger
540-248-0755


-----Original Message-----
From: Brad Lovesy [mailto:blovesy@earthlink.net]
Sent: Friday, April 15, 2005 12:55 PM
To: Lorrie Ellinger
Subject: RE: Linda Korbel


She was signed on April 3 which is 7 days prior to her birthday so I think the question here is does she want to pay the $86.00 instead of $16.00 right?

1

```
-----Original Message-----
From: Lorrie Ellinger [mailto:LEllinger@tgsgrp.com]
Sent: Thursday, April 14, 2005 11:46 AM
To: Brad Lovesy
Subject: Linda Korbel
```

Brad,

We received an application for Linda recently.  Her dob is 4/10/55, so she needs a paramed if she wants the BA.  Please advise.

Thank you,
Lorrie Ellinger
540-248-0755

# EXHIBIT C

# Brad Lovesy

**From:** Brad Lovesy [blovesy@earthlink.net]
**Sent:** Thursday, May 26, 2005 11:25 AM
**To:** Ted Shuey
**Subject:** FW: Marks

Ted, Please read my correspondence to and from Anna.

Is Anna being overworked?

She seems to be acquiring an attitude about the inquiries I am making. I am only trying to maintain a level of trust out here. I don't think I ask too much of her as I must field a dozen calls a day from soldiers wanting to know where their policy is and when will they see the deduction on their LES that I never bother her with.

As you know our word and reputation is all we have and we cannot afford for a soldier to get a bad impression of our performance and spread it around.

By the way I have requested a current copy of the Alpha Roster twice now and she has not been able to get it to me.

I have a few other emails to her that have not been addressed as well.

I really like Anna and just don't want this to become like AFBA. I think we can do better than that.

Thanks
Brad

-----Original Message-----
From: Brad Lovesy [mailto:blovesy@earthlink.net]
Sent: Thursday, May 26, 2005 11:11 AM
To: Anna Davis
Subject: RE: Marks


Anna, He was not questioning the second application for the increase in coverage I and he both know that it will take time. The question was in regards to the original application dated October 29 of 2004 and that is not an overnight happening. I don't think it is out of the question for someone to be concerned about a policy that is 6 months past due, especially when they are deploying for a year and want to get their affairs in order.

You say that it was sent to pay load in December. Is there any way to track it to see what has become of it?
Thanks
Brad

-----Original Message-----
From: Anna Davis [mailto:ADavis@tgsgrp.com]
Sent: Wednesday, May 25, 2005 2:02 PM
To: Brad Lovesy
Subject: RE: Marks


Brad, hi.  This buy's allotment never changed for the 150 coverage.  His 250 coverage was sent to pay for load in May.  I won't know anything until the end of next week.

Brad, you need to tell these people that things don't just happen overnight.  I can't control why allotments don't start.  The original allotment was sent to pay for load in December.  This one was sent for load in May 05.  We received this work from you the middle of April.  It was scanned on 19 April 05.  I send the allotments to USPFO the last week of the month for the following month.  This one made it back to me by the skin of it's teeth and was included in the May 05 loads.  I don't know why the allotment in

1

December didn't take.

Anna

-----Original Message-----
From: Brad Lovesy [mailto:blovesy@earthlink.net]
Sent: Wednesday, May 25, 2005 1:10 PM
To: Anna Davis
Cc: Clay Fauber
Subject: FW: Marks

Anna, this guy called again and wants an answer.

-----Original Message-----
From: Brad Lovesy [mailto:blovesy@earthlink.net]
Sent: Thursday, May 19, 2005 4:09 PM
To: Anna Davis
Subject: Marks


Anna, Steven Marks 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 signed up for 150K for himself and 100K for spouse Stephanie 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 on Oct 29 04.

He wanted to increase to 250K due to being activated see application dated 3/28/05.

He is calling and wanting to know where his policy is and if we can not get it to him due to the fact that his allotment has not hit, then when.
Thanks

Brad Lovesy, Regional Director
Armed Forces Benefit Association

2

**Brad Lovesy**

**From:** TedGShuey@cs.com
**Sent:** Monday, May 30, 2005 10:42 AM
**To:** blovesy@earthlink.net
**Subject:** Re: FW: Marks

Yes, yes, Anna is way overworked. It is not your business that is the problem, it is the old USBA piece and the lack of cooperation from New York Life. She can only do so much and right now her focus is on completing the May billing to insure the checks are there from AFBA on the 11th.

It might be helpful to collect a day or two worth of issues and then forward all at once, rather than the oney-twosys each day. She can only do so much though. For example, when the allotoments don't take, all she can do is resubmit them. When the USPFO says an individual is not in the system, there is nothing she can do about that. They are the final word. Now if you have the time to try to personally run some of the issues down, we would greatly appreciate it. For example, getting the POC for the Air NG, there seem to be several pay sites there.

Anna has to work her way out of this and she needs your help. The old business is a mess and I'm making her work through that and then focus on the AFBA billing piece. Eventually we can turn the day to day service calls over to our center, but until the mess is straight, Anna has to have complete control. The main issue seems to be "my certificate has not come or my allotment has not started." Again, there is nothing we can do about this other than resubmit which we do automatically. You need to tell the applicant he is insured and when the allotment hits, his certificate will be issued. This process takes up to six months right now depending on the unit's training cycle and AT will complicate it even further.

Hang in there, but help us with solutions not problems. We have to focus on 6,000 insureds and not lose precious time looking up a guy who applied last month and doesn't know why he hasn't received his certificate yet. I hope you can help.

Ted

3/30/2006

**EXHIBIT D**

# Brad Lovesy

**Subject:** FW: Cancel Black

-----Original Message-----
From: Anna Davis [mailto:ADavis@tgsgrp.com]
Sent: Tuesday, June 21, 2005 8:09 AM
To: Brad Lovesy
Subject: RE: Cancel Black


Brad, this one was a load for June 06. I will have to cancel him in July. Those loads are going to pay next week. Anna

-----Original Message-----
From: Brad Lovesy [mailto:blovesy@earthlink.net]
Sent: Monday, June 20, 2005 7:21 PM
To: Anna Davis
Subject: FW: Cancel Black

Anna, you say you got it but have you taken care of it. I don't want this guy calling me upset that he is still paying for it.

-----Original Message-----
From: Anna Davis [mailto:ADavis@tgsgrp.com]
Sent: Wednesday, June 15, 2005 7:02 AM
To: Brad Lovesy
Subject: RE: Cancel Black


Got this one too. Anna

-----Original Message-----
From: Brad Lovesy [mailto:blovesy@earthlink.net]
Sent: Saturday, June 11, 2005 12:01 PM
To: Anna Davis
Subject: FW: Cancel Black


Anna, I need you to respond to this

-----Original Message-----
From: Brad Lovesy [mailto:blovesy@earthlink.net]
Sent: Thursday, May 26, 2005 10:18 AM
To: Anna Davis
Subject: Cancel Black


Hi Anna, Todd Black 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 App date April 3 PRN L01 called and wants to cancel coverage for he and spouse. Let me know if you can do this without any further paperwork from him.
Thanks

Brad Lovesy, Regional Director
Armed Forces Benefit Association

1