**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC., a Nevada corporation,<br><br>  Plaintiff,<br>v.<br><br>ARMED FORCES BENEFIT ASSOCIATION, THE 5STAR ASSOCIATION, 5 STAR FINANCIAL, LLC, 5STAR FINANCIAL SERVICES COMPANY, and 5STAR LIFE INSURANCE COMPANY; TED SHUEY, individually, doing business as THE SHUEY AGENCY, INC., and TGS GROUP, INC.,<br><br>  Defendants. | No. C 07-2745 SBA<br><br>**ORDER**<br><br>[Docket Nos. 39, 40, 41, 43, 44] |

IT IS HEREBY ORDERED THAT the February 5, 2008 hearing on the following motions is **CONTINUED to March 4, 2008 at 1:00 p.m.**:

(a) Defendants Armed Forces Benefit Association and 5Star Life Insurance Company's Motion to Strike and for a More Definite Statement Regarding Portions of Plaintiff Brad Lovesy's Second Amended Complaint [Docket No. 39];

(b) Defendants Armed Forces Benefit Association and 5Star Life Insurance Company's Motion to Dismiss Plaintiff Brad Lovesy's Second Amended Complaint [Docket No. 40];

(c) Defendants Armed Forces Benefit Association and 5Star Life Insurance Company's

Request for Judicial Notice [Docket No. 41];

(d) Defendants TGS Group, Inc., The Shuey Agency, Inc., and Ted Shuey's Motion to Strike Amended Complaint or in the Alternative Motion for a More Definite Statement filed by TGS Group, Inc., The Shuey Agency, Inc., Ted Shuey [Docket No. 43]; and

(e) Defendants TGS Group, Inc., The Shuey Agency, Inc., and Ted Shuey's Motion to Dismiss TGS for Lack of Personal Jurisdiction, and Plaintiff's Third, Fourth, Seventh, and Eighth Causes of Action in the Second Amended Complaint [Docket No. 44].

The parties are advised that the Court may still, in its discretion, adjudicate these motions without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

IT IS SO ORDERED.

Dated: 1/25/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

2