Margaret J. Grover (Bar No. 112701)
Daniel J. Kelly (Bar No. 145088)
Africa E. Davidson (Bar No. 225680)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Plaintiffs BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC. a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ARMED FORCES BENEFIT ASSOCIATION, THE 5STAR ASSOCIATION, 5STAR FINANCIAL, LLC, 5STAR FINANCIAL SERVICES COMPANY, and 5STAR LIFE INSURANCE COMPANY; TED SHUEY, individually, doing business as THE SHUEY AGENCY, INC., and TGS GROUP, INC.,<br><br>Defendants. | Case No. 4:07-cv-02745-SBA<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS ARMED FORCES BENEFIT ASSOCIATION AND 5STAR LIFE INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date: March 4, 2008<br>Time: 1:00 p.m.<br>Ctrm: 3<br>Judge: Hon. Saundra B. Armstrong |

The motion of Defendants Armed Forces Benefit Association and 5Star Life Insurance Company's Request for Judicial Notice came on for hearing before this Court, with counsel Haight Brown & Bonesteel, LLP appearing for Plaintiff, and counsel DLA Piper US LLP appearing for Defendants.

After consideration of the briefs and arguments of counsel, and all other matters presented, the Court hereby finds that the documentary evidence submitted for consideration does not meet the threshold requirement that it be adjudicative of a matter in contention, pursuant to the Federal Rules of Evidence, Rule 201(a), and IT IS HEREBY ORDERED that:

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357892.1

1

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER

1.     The Complaint and Case Management Statement has not been offered for any proper purpose, and the Request for Judicial Notice is DENIED.

2.     The Articles of Incorporation and Amendment to the Articles of Incorporation are documents only marginally probative, and would tend to add confusion to a matter in contention, and the Request for Judicial Notice is DENIED.

Dated: March 4, 2008

By: _____
Hon. Saundra B. Armstrong

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357892.1

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER

2