1  Margaret J. Grover (Bar No. 112701)
   Daniel J. Kelly (Bar No. 145088)
2  Africa E. Davidson (Bar No. 225680)
   HAIGHT BROWN & BONESTEEL LLP
3  71 Stevenson Street, 20th Floor
   San Francisco, California 94105-2981
4  Telephone: 415.546.7500
   Facsimile: 415.546.7505
5
   Attorneys for Plaintiffs BRAD LOVESY and PACIFIC
6  CONSOLIDATED INVESTMENTS, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  BRAD LOVESY and PACIFIC                ) Case No. 4:07-cv-02745-SBA
    CONSOLIDATED INVESTMENTS, INC. a       )
12  Nevada corporation,                    ) [PROPOSED] ORDER DENYING
                                           ) DEFENDANT THEODORE G. SHUEY,
13              Plaintiffs,                ) TGS GROUP, INC., AND THE SHUEY
                                           ) AGENCY, INC.'S MOTION TO DISMISS
14       vs.                               ) TGS FOR LACK OF PERSONAL
                                           ) JURISDICTION, AND PLAINTIFF'S
15  ARMED FORCES BENEFIT                   ) THIRD, FOURTH, SEVENTH, AND
    ASSOCIATION, THE 5STAR                 ) EIGHTH CAUSE OF ACTION IN THE
16  ASSOCIATION, 5STAR FINANCIAL, LLC,     ) SECOND AMENDED COMPLAINT
    5STAR FINANCIAL SERVICES               )
17  COMPANY, and 5STAR LIFE INSURANCE      ) Date:  March 4, 2008
    COMPANY; TED SHUEY, individually,      ) Time:  1:00 p.m.
18  doing business as THE SHUEY AGENCY,    ) Ctrm:  3
    INC., and TGS GROUP, INC.,             ) Judge: Hon. Saundra B. Armstrong
19                                         )
                Defendants.                )
20                                         )

21       The motion of Theodore G. Shuey, TGS Group, Inc., And The Shuey Agency, Inc.'s

22  Motion to Dismiss TGS for Lack of Personal Jurisdiction, and Plaintiff's Third, Fourth, Seventh,

23  and Eighth Cause of Action in the Second Amended Complaint, came on for hearing before this

24  Court, with counsel Haight Brown & Bonesteel, LLP appearing for Plaintiff, and counsel Seyfarth

25  Shaw LLP appearing for Defendant.

26       After consideration of the briefs and arguments of counsel, and all other matters presented,

27  the Court hereby finds no grounds for dismissal pursuant to the Federal Rules of Civil Procedure,

28  Rule 12(b)(2) or Rule 12 (b)(6), and IT IS HEREBY ORDERED that:

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357934.1

1

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER

1. There are ample allegations of contacts sufficient to establish personal jurisdiction as to Defendant TGS Group Inc.;

2. Plaintiffs Brad Lovesy and Pacific Consolidated Investments, Inc. have standing in the instant action;

3. The alter ego causes of action were sufficient pled;

4. The intentional interference with contract, intentional interference with prospective business advantage, and fraud claims contained in the third, fourth, and seventh causes of action are torts independent of a contract claim, and are properly pled;

5. The unfair business practices claims are sufficiently pled; and

Defendants' Motion to Dismiss is DENIED.

Dated: March 4, 2008               By: _____
                                        Hon. Saundra B. Armstrong

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357934.1

2

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER