1  Margaret J. Grover (Bar No. 112701)
   Daniel J. Kelly (Bar No. 145088)
2  Africa E. Davidson (Bar No. 225680)
   HAIGHT BROWN & BONESTEEL LLP
3  71 Stevenson Street, 20th Floor
   San Francisco, California 94105-2981
4  Telephone: 415.546.7500
   Facsimile: 415.546.7505
5
   Attorneys for Plaintiffs BRAD LOVESY and PACIFIC
6  CONSOLIDATED INVESTMENTS, INC.
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC. a<br>12  Nevada corporation,<br>13           Plaintiffs,<br>14  vs.<br>15  ARMED FORCES BENEFIT ASSOCIATION, THE 5STAR<br>16  ASSOCIATION, 5STAR FINANCIAL, LLC, 5STAR FINANCIAL SERVICES<br>17  COMPANY, and 5STAR LIFE INSURANCE COMPANY; TED SHUEY, individually,<br>18  doing business as THE SHUEY AGENCY, INC., and TGS GROUP, INC.,<br>19           Defendants.<br>20 | Case No. 4:07-cv-02745-SBA<br><br>[PROPOSED] ORDER DENYING DEFENDANT 5STAR FINANCIAL, LLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION<br><br>Date: March 4, 2008<br>Time: 1:00 p.m.<br>Ctrm: 3<br>Judge: Hon. Saundra B. Armstrong |

21       The motion of Defendant 5Star Financial, LLC's Motion to Dismiss for Lack of Personal

22  Jurisdiction, came on for hearing before this Court, with counsel Haight Brown & Bonesteel, LLP

23  appearing for Plaintiff, and counsel DLA Piper US LLP appearing for Defendant.

24       After consideration of the briefs and arguments of counsel, and all other matters presented,

25  the Court hereby finds no grounds for dismissal pursuant to the Federal Rules of Civil Procedure,

26  Rule 12(b)(2), and IT IS HEREBY ORDERED that:

27       1.   There are ample allegations of contacts sufficient to establish personal jurisdiction;

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357957.1

1

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER

1     2.Additional discovery is required before personal jurisdiction can be adequately established;

     3.Based upon the adequately plead alter ego causes of action, personal jurisdiction over Defendant 5Star Financial, LLC has been established; and

Defendants' Motion to Dismiss is DENIED.

Dated: March 4, 2008By: _____
Hon. Saundra B. Armstrong

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357957.1

2

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER