1  Margaret J. Grover (Bar No. 112701)
   Daniel J. Kelly (Bar No. 145088)
2  Africa E. Davidson (Bar No. 225680)
   HAIGHT BROWN & BONESTEEL LLP
3  71 Stevenson Street, 20th Floor
   San Francisco, California 94105-2981
4  Telephone: 415.546.7500
   Facsimile: 415.546.7505
5
   Attorneys for Plaintiffs BRAD LOVESY and PACIFIC
6  CONSOLIDATED INVESTMENTS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | BRAD LOVESY and PACIFIC              ) Case No. 4:07-cv-02745-SBA
   | CONSOLIDATED INVESTMENTS, INC. a     )
12 | Nevada corporation,                  ) [PROPOSED] ORDER DENYING
   |                                      ) DEFENDANTS ARMED FORCES
13 |         Plaintiffs,                  ) BENEFIT ASSOCIATION AND 5STAR
   |                                      ) LIFE INSURANCE COMPANY'S
14 |    vs.                               ) MOTION TO STRIKE AND FOR A
   |                                      ) MORE DEFINITE STATEMENT
15 | ARMED FORCES BENEFIT                 ) REGARDING PORTIONS OF THE
   | ASSOCIATION, THE 5STAR               ) SECOND AMENDED COMPLAINT
16 | ASSOCIATION, 5STAR FINANCIAL, LLC,   )
   | 5STAR FINANCIAL SERVICES             ) Date:  March 4, 2008
17 | COMPANY, and 5STAR LIFE INSURANCE    ) Time:  1:00 p.m.
   | COMPANY; TED SHUEY, individually,    ) Ctrm:  3
18 | doing business as THE SHUEY AGENCY,  ) Judge: Hon. Saundra B. Armstrong
   | INC., and TGS GROUP, INC.,           )
19 |                                      )
   |         Defendants.                  )
20 |_____)

21      The motion of Defendants Armed Forces Benefit Association and 5Star Life Insurance

22 Company's Motion to Strike and For a More Definite Statement Regarding Portions of the Second

23 Amended Complaint came on for hearing before this Court, with counsel Haight Brown &

24 Bonesteel, LLP appearing for Plaintiff, and counsel DLA Piper US LLP appearing for Defendants.

25      After consideration of the briefs and arguments of counsel, and all other matters presented,

26 the Court hereby finds no allegation of the Second Amended Complaint which prejudices

27 Defendants or is unfair, is not relevant to the issues in contention, or is immaterial to the issues in

28 contention, and IT IS HEREBY ORDERED that:

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357875.1

1

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER

1.    The Second Amended Complaint being adequately pled, Defendants' Motion to Strike, pursuant to the Federal Rules of Civil Procedure, Rule 12(f) is DENIED.

2.    The nomenclature "AFBA/5Star" is adequately defined to avoid any confusion, and Defendants' Motion for A More Definite Statement, pursuant to the Federal Rules of Civil Procedure, Rule 12(e) is DENIED.

Dated: March 4, 2008

By: _____
Hon. Saundra B. Armstrong

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357875.1

2

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER