Margaret J. Grover (Bar No. 112701)
Daniel J. Kelly (Bar No. 145088)
Africa E. Davidson (Bar No. 225680)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Plaintiffs BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC. a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ARMED FORCES BENEFIT ASSOCIATION, THE 5STAR ASSOCIATION, 5STAR FINANCIAL, LLC, 5STAR FINANCIAL SERVICES COMPANY, and 5STAR LIFE INSURANCE COMPANY; TED SHUEY, individually, doing business as THE SHUEY AGENCY, INC., and TGS GROUP, INC.,<br><br>Defendants. | Case No. 4:07-cv-02745-SBA<br><br>[PROPOSED] ORDER DENYING DEFENDANTS THEODORE G. SHUEY, TGS GROUP, INC., AND THE SHUEY AGENCY, INC.'S MOTION TO STRIKE AND FOR A MORE DEFINITE STATEMENT REGARDING PORTIONS OF THE SECOND AMENDED COMPLAINT<br><br>Date: March 4, 2008<br>Time: 1:00 p.m.<br>Ctrm: 3<br>Judge: Hon. Saundra B. Armstrong |

The motion of Defendants Theodore G. Shuey, TGS Group, Inc., And The Shuey Agency, Inc.'s Motion to Strike and For a More Definite Statement Regarding Portions of the Second Amended Complaint came on for hearing before this Court, with counsel Haight Brown & Bonesteel, LLP appearing for Plaintiff, and counsel Seyfarth Shaw LLP appearing for Defendants.

After consideration of the briefs and arguments of counsel, and all other matters presented, the Court hereby finds no allegation of the Second Amended Complaint which prejudices Defendants or is unfair, is not relevant to the issues in contention, or is immaterial to the issues in contention, and IT IS HEREBY ORDERED that:

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357925.1

1

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER

1.     The alter ego claims are adequately pled;

2.     The punitive damages claims are adequately pled, and Defendants' Motion to Strike, pursuant to the Federal Rules of Civil Procedure, Rule 12(f) is DENIED.

3.     The nomenclature "The Shuey Defendants" is adequately defined to avoid any confusion, and Defendants' Motion for a More Definite Statement, pursuant to the Federal Rules of Civil Procedure, Rule 12(e) is DENIED.

Dated: March 4, 2008          By: _____
                                                             Hon. Saundra B. Armstrong

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357925.1

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER

2