Margaret J. Grover (Bar No. 112701)
Daniel J. Kelly (Bar No. 145088)
Africa E. Davidson (Bar No. 225680)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Plaintiffs BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD LOVESY and PACIFIC CONSOLIDATED INVESTMENTS, INC. a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ARMED FORCES BENEFIT ASSOCIATION, THE 5STAR ASSOCIATION, 5STAR FINANCIAL, LLC, 5STAR FINANCIAL SERVICES COMPANY, and 5STAR LIFE INSURANCE COMPANY; TED SHUEY, individually, doing business as THE SHUEY AGENCY, INC., and TGS GROUP, INC.,<br><br>Defendants. | Case No. 4:07-cv-02745-SBA<br><br>[PROPOSED] ORDER DENYING DEFENDANTS ARMED FORCES BENEFIT ASSOCIATION AND 5STAR LIFE INSURANCE COMPANY'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT<br><br>Date: March 4, 2008<br>Time: 1:00 p.m.<br>Ctrm: 3<br>Judge: Hon. Saundra B. Armstrong |

The motion of Defendants Armed Forces Benefit Association and 5Star Life Insurance Company's Motion to Dismiss the Second Amended Complaint came on for hearing before this Court, with counsel Haight Brown & Bonesteel, LLP appearing for Plaintiff, and counsel DLA Piper US LLP appearing for Defendants.

After consideration of the briefs and arguments of counsel, and all other matters presented, the Court hereby finds that for each allegation, Plaintiff provided reasonable facts and sufficient inferences to satisfy the pleading requirements of the Federal Rules of Civil Procedure, Rule 12(b)(6)), and IT IS HEREBY ORDERED that:

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357902.1

1

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER

1. The contract causes of action are properly stated against Defendant AFBA;

2. The allegations of breach of the covenant of good faith and fair dealing arise out of the contract causes of action, which are sufficiently pled;

3. An accounting is proper because the number of Defendants and sources of information required to determine the amounts at issue are sufficiently complex;

4. The unfair competition causes of action are adequately stated; therefore:

The Motion to Dismiss the Second Amended Complaint is DENIED.

Dated: March 4, 2008            By: _____
                                    Hon. Saundra B. Armstrong

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3357902.1

Case No. 4:07-cv-02745-SBA
[PROPOSED] ORDER

2