1  Margaret J. Grover (Bar No. 112701)
   Daniel J. Kelly (Bar No. 145088)
2  Africa E. Davidson (Bar No. 225680)
   HAIGHT BROWN & BONESTEEL LLP
3  71 Stevenson Street, 20th Floor
   San Francisco, California 94105-2981
4  Telephone: 415.546.7500
   Facsimile: 415.546.7505
5
   Attorneys for Plaintiffs BRAD LOVESY and PACIFIC
6  CONSOLIDATED INVESTMENTS, INC.

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | BRAD LOVESY and PACIFIC                ) Case No. 4:07-cv-02745-SBA
   | CONSOLIDATED INVESTMENTS, INC. a       )
12 | Nevada corporation,                    ) DECLARATION OF AFRICA E.
   |                                        ) DAVIDSON IN SUPPORT OF
13 |           Plaintiffs,                  ) PLAINTIFFS' OPPOSITION TO
   |                                        ) DEFENDANTS ARMED FORCES
14 | vs.                                    ) BENEFIT ASSOCIATION AND 5STAR
   |                                        ) LIFE'S MOTION TO DISMISS AND
15 | ARMED FORCES BENEFIT                   ) STRIKE THE THIRD AMENDED
   | ASSOCIATION, THE 5STAR                 ) COMPLAINT
16 | ASSOCIATION, 5STAR FINANCIAL, LLC,     )
   | 5STAR FINANCIAL SERVICES               ) Date:  June 3, 2008
17 | COMPANY, and 5STAR LIFE INSURANCE      ) Time:  1:00 p.m.
   | COMPANY; TED SHUEY, individually,      ) Ctrm:  3
18 | doing business as THE SHUEY AGENCY,    ) Judge: Hon. Saundra B. Armstrong
   | INC., and TGS GROUP, INC.,             )
19 |                                        )
   |           Defendants.                  )
20 |_____)

21      I, Africa E. Davidson, declare:

22      1.   I am an attorney at law licensed to practice in the State of California and before this

23 Court. I am one of the attorneys of record for Plaintiffs Brad Lovesy and Pacific Consolidated

24 Investments, Inc. in the above-captioned matter.

25      2.   Attached as Exhibit A to this Declaration is a true and correct copy of a printout of

26 the biography of Michael Kimo Wong as Treasurer for the Board of Directors of the Alakaina

27 Foundation, downloaded on May 9, 2008.

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3349779.1

1

Case No. 4:07-cv-02745-SBA
DAVIDSON DECL. RE: OPP. TO MTD AND
MTS THE TAC

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct.
3   Executed this 9th day of May 2008, at San Francisco, California.

_____
Africa E. Davidson

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

BL23-0000001
3349779.1

2

Case No. 4:07-cv-02745-SBA
DAVIDSON DECL. RE: OPP. TO MTD AND
MTS THE TAC

# EXHIBIT A




Home | About Us | Leadership
Programs | Giving | News | Contact Us



### M. Kimo Wong - Treasurer



Michael Kimo Wong is a 1971 graduate of the Kamehameha Schools, Hawai'i and a 1975 graduate of the Virginia Military Institute where he earned a Bachelor of Arts degree in English and an Air Force commission. As a Captain in the Air Force Reserve, Mr. Wong served for 10 years as a member of the 48 th and 65 th aero port squadrons, 349 th Military Airlift Wing. Having spent 30 years in the insurance industry, Mr. Wong holds both the Chartered Life Underwriter and Chartered Financial Consultant designations from The American College, Bryn Mawr Pennsylvania.

He has held various positions during his insurance career, including field office and home office management. He is a Senior Vice President for Armed Forces Benefit Association/5Star Life in Alexandria, Virginia , responsible for regional field operations along with home office support personnel.

He currently serves on theVMI Keydet Club Board of Govenors , The Kamehameha Schools East Coast Alumni Association as Vice President and the Alaka'ina Foundation as treasurer.

He resides in Northern Virginia with his wife Melanie.



EXHIBIT A