UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVESY            Plaintiff, | No. C 07-02745 SBA |
| vs. | CLERK'S NOTICE |
| ARMED FORCES BENEFIT ASSOCIATION ET AL,         Defendant. | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

   **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for May 21, 2008, at 2:45 p.m., has been continued to Tuesday, June 3, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.


DATED:  5/13/08

                                        FOR THE COURT,
                                        Richard W. Wieking, Clerk


                                        By: /s/ Lisa R. Clark
                                            LISA R. CLARK
                                            Courtroom Deputy




To: