1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10 | BRAD LOVESY and PACIFIC                    | Case No. C 07-2745 SBA
   | CONSOLIDATED INVESTMENTS, INC., a          |
11 | Nevada corporation,                        |  **ORDER OF DISMISSAL OF ENTIRE**
   |                                            | **ACTION WITH PREJUDICE UPON**
12 |                Plaintiffs,                  | **STIPULATION OF ALL PARTIES**

13 |        vs.                                 | Ctrm:          3
   |                                            | Judge:         Hon. Saundra B. Armstrong
14 | ARMED FORCES BENEFIT                        |
   | ASSOCIATION, individually, doing business   | Complaint Filed:    May 24, 2007
15 | as 5STAR ASSOCIATION, 5STAR LIFE            |
   | INSURANCE, LLC; TED SHUEY,                  |
16 | individually, doing business as THE SHUEY   |
   | AGENCY, INC., and TGS GROUP, INC.,          |
17 |                                            |
   |                Defendants.                  |
18 |                                            |
   | THE SHUEY AGENCY, INC., a Virginia          |
19 | Corporation,                                |
   |                                            |
20 |                Counter Claimant,            |
   |                                            |
21 |        vs.                                 |
   |                                            |
22 | BRAD LOVESY dba THE BRAD LOVESY             |
   | GROUP,                                      |
23 |                                            |
   |                Counter Defendants.          |
24 |                                            |

25

26

27

28

-1-
ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO. C 07-2745 SBA

1  WHEREAS, the Parties have agreed upon a settlement of all claims, counterclaims, and

2 cross-claims between all parties that have been or could have been brought in the above-entitled

3 action;

4  WHEREAS, Plaintiffs agree not to seek the recovery of their expenses, including

5 attorneys' fees and litigation costs associated with this action from Defendants, and

6 Defendants agree not to seek the recovery of their expenses, including attorneys' fees and

7 litigation costs associated with this action from Plaintiffs.

8  NOW THEREFORE, IT IS HEREBY STIPULATED by, between and among the parties

9 hereto, through their respective attorneys of record, that the above-entitled action shall be

10 dismissed with prejudice in its entirety, including all complaints, claims, counterclaims, and cross-

11 claims herein.

12  Dated: September __, 2009          HAIGHT BROWN & BONESTEEL LLP

13

14                                     By:   /s/
                                       Margaret J. Grover
15                                     Attorneys for Plaintiffs
                                       BRAD LOVESY and PACIFIC
16                                     CONSOLIDATED INVESTMENTS, INC.

17  Dated: September __, 2009          DLA PIPER US LLP

18

19                                     By:   /s/
                                       Charles L. Deem
20                                     Attorneys for Defendant 5STAR LIFE
                                       INSURANCE COMPANY

21

22  Dated: September __, 2009          SEYFARTH SHAW LLP

23

24                                     By:   /s/
                                       Michael T. McKeeman
25                                     Attorneys for Defendant THE SHUEY
                                       AGENCY, INC.

26

27

28

-2-

1    **ATTESTATION PURSUANT TO GENERAL ORDER NO. 45, SECTION X**

2    I have obtained concurrence in the electronic filing of this document from all signatories.

3    Dated:  September __, 2009                HAIGHT BROWN & BONESTEEL LLP

4

5                                                      By:    /s/
                                                              Margaret J. Grover
6                                                             Attorneys for Plaintiffs
                                                              BRAD LOVESY and PACIFIC
7                                                             CONSOLIDATED INVESTMENTS, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO. C 07-2745 SBA

1

**ORDER**

2          Upon the stipulation of counsel and good cause appearing therefore,

3          IT IS HEREBY ORDERED that the above-entitled action, including all complaints,

4    claims, counterclaims, and cross-claims herein, shall be and hereby is dismissed in its entirety with

5    prejudice.  Plaintiffs shall not seek to recover their attorneys' fees and litigation costs associated

6    with this action from Defendants, and Defendants shall not seek to recover their attorneys' fees

7    and litigation costs associated with this action from Plaintiffs.

8          IT IS SO ORDERED.

9    Dated:  9/21/09

10                                                  _____
                                                    SAUNDRA BROWN ARMSTRONG
11                                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-